**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Parker Gwen LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2172476** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11136 Clarkston Rd.** <br> **Zionsville, IN 46077** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Boone** <br> County | **Location of principal assets, if different from principal place of business** |
| | **Kittle's Furniture DC** <br> **8600 Roberts Dr. Fishers, IN 46037** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **parkergwen.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Parker Gwen LLC**                                          Case number (*if known*)
      Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☒ Chapter 7

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **Parker Gwen LLC**                                          Case number (*if known*)
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

███ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Parker Gwen LLC**                                                        Case number (*if known*)
Name

- ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Parker Gwen LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">█    **Request for Relief, Declaration, and Signatures**</td></tr>
</table>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 8, 2022**
                 MM / DD / YYYY

**X** */s/ Matthew Phillips*                       **Matthew Phillips**
Signature of authorized representative of debtor         Printed name

Title    **Managing Member**

---

| 18. Signature of attorney | **X** */s/ Jason D. Clark*            Date   **April 8, 2022** |
|---|---|

                      Signature of attorney for debtor                   MM / DD / YYYY

                      **Jason D. Clark**
                      Printed name

                      **McNeelyLaw LLP**
                      Firm name

                      **2177 Intelliplex Drive**
                      **Suite 251**
                      **Shelbyville, IN 46176**
                      Number, Street, City, State & ZIP Code

                      Contact phone   **317-825-5110**        Email address   **JClark@mcneelylaw.com**

                      **35907-30 IN**
                      Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Parker Gwen LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  8, 2022**             X **/s/ Matthew Phillips**
                                                          Signature of individual signing on behalf of debtor

                                                          **Matthew Phillips**
                                                          Printed name

                                                          **Managing Member**
                                                          Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Parker Gwen LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................... $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ _____**75,812.25**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ _____**75,812.25**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ _____**422,000.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ _____**417,874.68**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ _____**547,567.00**

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                                                                                                      $ \_\_\_**1,387,441.68**

**Fill in this information to identify the case:**

Debtor name    **Parker Gwen LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Chase** | **Checking** | **7138** | **Unknown** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                    | **$0.00** |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **346.00** | - | **346.00** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Parker Gwen LLC**                                      Case number *(If known)*  _____
                Name

| 11a. 90 days old or less: | **510.00** | - | **510.00** = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **10,491.26** | - | **0.00** = .... | **$10,491.26** |
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **357.00** | - | **0.00** =.... | **$357.00** |
| | face amount | | doubtful or uncollectible accounts | |

12.    **Total of Part 3.**                                                                    | **$10,848.26** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale**<br>Home Goods | 2/28/2022 | $0.00 | Cost | $64,963.99 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                    | **$64,963.99** |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Parker Gwen LLC**_____    Case number *(If known)* _____
       Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor **Parker Gwen LLC**
_____
Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,848.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $64,963.99 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9..............................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $75,812.25 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $75,812.25 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Parker Gwen LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Paypal** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
| | **2211 N 1st Street**<br>**San Jose, CA 95131** | | | |
| | Creditor's mailing address | Describe the lien<br>**Payment Processing** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | **Shopify** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$422,000.00** | **$0.00** |
| | **150 Elgin Street, 8th Floor**<br>**Ottawa, Ontario Canada,**<br>**KRLIL4** | | | |
| | Creditor's mailing address | Describe the lien<br>**Loan** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Parker Gwen LLC**                                   Case number (if known) _____
         Name

☐ Contingent
■ No
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$422,000.00** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

| Fill in this information to identify the case: |
| --- |

Debtor name **Parker Gwen LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address<br>**Aakash Jain**<br>**1400 Golden Gate Avenue**<br>**San Francisco, CA 94115** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $431.10 | $431.10 |
| Date or dates debt was incurred<br>**11/29/2021** | Basis for the claim:<br>**Customer Order** | | |
| Last 4 digits of account number **0895**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Adam Kayce**<br>**10940 Windward Street**<br>**Parkland, FL 33076** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $738.64 | $738.64 |
| Date or dates debt was incurred<br>**21/1/2021** | Basis for the claim:<br>**Customer Order** | | |
| Last 4 digits of account number **1008**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    55436                    Best Case Bankruptcy

Debtor **Parker Gwen LLC**                                      Case number *(if known)* _____
     Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,253.15 | $1,253.15 |
|---|---|---|---|---|

**Adetoro Adegbola**
**1192 East 93rd Street**
**Brooklyn, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/11/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2535**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $747.00 | $747.00 |
|---|---|---|---|---|

**Alex Montalvo**
**988 S Muirfield**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/25/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2827**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $179.00 | $179.00 |
|---|---|---|---|---|

**Alfonso Lopez**
**528 Shoreine Street**
**Plano, TX 75075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/24/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2782**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $575.10 | $575.10 |
|---|---|---|---|---|

**Alina Stricker**
**715 North Deerfield Ct.**
**Andover, KS 67002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/29/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0859**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Parker Gwen LLC**                                          Case number *(if known)* _____
     Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.99 | $62.99 |
|---|---|---|---|---|

**Alisa Pearson**
**150 Lakeside Drive SE**
**Grand Rapids, MI 49506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/21/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1461**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,148.00 | $2,148.00 |
|---|---|---|---|---|

**Allison Brown**
**8200 Cabora Dr.**
**Playa Del Rey, CA 90293**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/4/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0037**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $679.15 | $679.15 |
|---|---|---|---|---|

**Allosin Solley**
**610 North Columbus Street**
**Alexandria, VA 22314**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/4/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2952**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Alyson Tesar**
**296 Lagoon Drive**
**Northfield, IL 60093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **8835**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Parker Gwen LLC**                                    Case number (if known) _____
_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,291.50 | $1,291.50 |
|------|--------|--------|--------|--------|

**Alyssa Lind**
**220 West Olympic Place**
**Unit 203**
**Seattle, WA 98119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/30/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **8306**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | | $891.65 | $891.65 |
|------|--------|--------|--------|--------|

**Alyssa Ramona**
**2546 Mandrake Lane**
**El Dorado Hills, CA 95762**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/25/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9479**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | | $1,529.15 | $1,529.15 |
|------|--------|--------|--------|--------|

**Amanda Blayney**
**6970 Sandpiper Place**
**Carlsbad, CA 92009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/22/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2741**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | | $1,869.00 | $1,869.00 |
|------|--------|--------|--------|--------|

**Amanda Hubler**
**4312 E 51st Street**
**Tulsa, OK 74135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3102**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Parker Gwen LLC**                                          Case number *(if known)* _____
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.80 | $136.80 |
|---|---|---|---|---|

| 2.15 | Priority creditor's name and mailing address<br>**Amanda Ogg**<br>**1505 Lexington Drive**<br>**Dresher, PA 19025** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $136.80 | $136.80 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**11/8/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **0159**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>**Amber Chovanic**<br>**655 Big BEnd Trail**<br>**Sugar Hill, GA 30518** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $49.00 | $49.00 |
| | Date or dates debt was incurred<br>**12/14/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **1335**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>**Amie Flynn**<br>**426 NC Highway 54 West**<br>**Chapel Hill, NC 27516** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $934.00 | $934.00 |
| | Date or dates debt was incurred<br>**3/15/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3141**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>**Aminatu Tijani**<br>**4020 Minnesota Avenue Northeast**<br>**Apt 219**<br>**Washington, DC 20019** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2637**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,860.28 | $1,860.28

**Amineh Aboushi**
**235 Lakeview Avenue**
**Clifton, NJ 07011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/8/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3003**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.20** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.10 | $719.10

**Amy Bloomer**
**15347 SE Hawthorne Meadows**
**Street**
**Portland, OR 97232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/12/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1283**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.21** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,223.10 | $1,223.10

**Amy Daldry**
**1335 Church Street**
**Unit B2**
**Decatur, GA 30030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3161**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.22** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,119.00 | $4,119.00

**Amy Roller**
**1414 Victorian Way**
**Eugene, OR 97401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/12/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3074**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Parker Gwen LLC**                Case number (if known) _____
     Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.10 | $89.10 |
|---|---|---|---|---|

**2.23**

Priority creditor's name and mailing address
**Ana M. Ramos**
**9831 NW 58th Street**
**Unit 131**
**Doral, FL 33178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$89.10    $89.10

Date or dates debt was incurred
**1/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1989**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24**

Priority creditor's name and mailing address
**Andrea Kadlec**
**1478 Hidden Springs Cv**
**Oviedo, FL 32765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$49.00    $49.00

Date or dates debt was incurred
**1/23/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2231**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address
**Andree Desmarais**
**24 Lowell Road**
**Concord, MA 01742**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$332.00    $332.00

Date or dates debt was incurred
**11/10/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0249**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address
**Andrew Rice**
**4526 Bkuebell Tr. S.**
**Medina, MN 55340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,223.10    $1,223.10

Date or dates debt was incurred
**3/17/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3190**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address
**Angel Hair**
**1602 Palmer Park Lane**
**South Jordan, UT 84095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,819.90 | $3,819.90

Date or dates debt was incurred
**2/23/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2768**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.28** | Priority creditor's name and mailing address
**Angela Sorrell**
**805 Plum Street Southwest**
**Vienna, VA 22180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$944.10 | $944.10

Date or dates debt was incurred
**2/4/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2428**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.29** | Priority creditor's name and mailing address
**Angella Lee**
**14003 B Franklin Fox Drivw**
**Centreville, VA 20121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,763.00 | $1,763.00

Date or dates debt was incurred
**3/14/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3132**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.30** | Priority creditor's name and mailing address
**Ann Wesner**
**10421 Solaro Street**
**Fort Myers, FL 33913**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$584.80 | $584.80

Date or dates debt was incurred
**2/26/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2846**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $513.40 | $513.40 |
|---|---|---|---|---|

**Anna Katselas**
**520 ^th Street Southeast**
**Washington, DC 20003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/21/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2707**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.00 | $237.00 |
|---|---|---|---|---|

**Antonio Ambarus**
**5665 Bridleton Crossing**
**Suwanee, GA 30024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/12/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3079**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,207.00 | $3,207.00 |
|---|---|---|---|---|

**Ariel Stephenson**
**12040 NW Tualatin Ave**
**Portland, OR 97229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/12/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3089**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,439.20 | $1,439.20 |
|---|---|---|---|---|

**Arielle Share**
**16032 West Miami Way**
**Los Angeles, CA 90272**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/24/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9891**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Parker Gwen LLC**                                         Case number (if known) _____
          Name

| 2.35 | Priority creditor's name and mailing address<br>**Ashley Collins**<br>**11005 Octave Drive**<br>**3310**<br>**Zionsville, IN 46077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$162.75** | **$162.75** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/15/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3154**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address<br>**Ashley Mitchell**<br>**5213 Mountaincrest Drive**<br>**Knoxville, TN 37918** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **0523**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address<br>**Ashley Nendick**<br>**508 Via Media**<br>**Palos Verdes Estates, CA 90274** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,372.10** | **$1,372.10** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/16/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3178**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address<br>**Ashly Oehrl**<br>**4414 Underwood Road**<br>**Baltimore, MD 21218** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,458.00** | **$1,458.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/20/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2142**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,796.40 | $1,796.40 |
|---|---|---|---|---|

| 2.39 | Priority creditor's name and mailing address<br>**Athena Interiors, LLC**<br>**908 Oak Street**<br>**Ashland, OR 97520** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,796.40** | **$1,796.40** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/25/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2809**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address<br>**Ava Dodd**<br>**1619 Teakwood Drive**<br>**Wylie, TX 75098** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$287.10** | **$287.10** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**11/26/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **0692**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address<br>**Bane Grove Design**<br>**7408 Hightop Street**<br>**Moorpark, CA 93021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$399.00** | **$399.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/3/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **1073**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address<br>**Barbara McIntyre**<br>**7323 Old Post Road**<br>**Boulder, CO 80301** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$764.15** | **$764.15** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **0574**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Parker Gwen LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $764.15 | $764.15 |
|---|---|---|---|---|

**Bari Thornberry**
**9693 Davis Road**
**Loveland, OH 45140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/24/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2793**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,439.10 | $1,439.10 |
|---|---|---|---|---|

**Ben Beiler**
**403 Shirktown Road**
**Narvon, PA 17555**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/25/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2276**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,443.30 | $1,443.30 |
|---|---|---|---|---|

**Benjamin Watt**
**2528 Bay Street**
**Charlotte, NC 28205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/11/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9700**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Beth Harber**
**560 Valley Lane NE**
**Atlanta, GA 30328**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2912**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $850.00 | $850.00 |
|---|---|---|---|---|
| | **Beth Malone**<br>**4240 English Holly Circle**<br>**Henrico, VA 23294** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**3/16/2022** | Basis for the claim:<br>**Customer Orders** | | |
| | Last 4 digits of account number **3164** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,461.00 | $3,461.00 |
|---|---|---|---|---|
| | **Beth Silver**<br>**7634 Tumbledown Trail**<br>**Verona, WI 53593** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**3/15/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3140** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,384.30 | $1,384.30 |
|---|---|---|---|---|
| | **Beverly Olsen**<br>**187 Lakeview Avenue**<br>**Lynbrook, NY 11563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2/8/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2482** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,397.00 | $2,397.00 |
|---|---|---|---|---|
| | **Bonnie Mardigian**<br>**1740 Allens Creek Drive**<br>**Clearwater, FL 33764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/23/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2224** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

Debtor  **Parker Gwen LLC**                                      Case number (if known) _____
_____
Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $639.20 | $639.20 |
|---|---|---|---|---|

2.51 | Priority creditor's name and mailing address
**Bonnie Sjoquist**
**8999 320th Street Way**
**Cannon Falls, MN 55009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$639.20        $639.20

Date or dates debt was incurred
**12/1/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1012**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.52 | Priority creditor's name and mailing address
**Bonny Bavelas**
**9771 Silverspar Street**
**Reno, NV 89521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,148.00        $2,148.00

Date or dates debt was incurred
**3/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3148**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.53 | Priority creditor's name and mailing address
**Bradly Labath**
**2354 Laurel Rd, E**
**Unit 9208**
**North Venice, FL 34275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$124.00        $124.00

Date or dates debt was incurred
**2/22/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2748**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.54 | Priority creditor's name and mailing address
**Brandi Caswell**
**1718 Theater Drive**
**Evansville, IN 47715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,814.45        $1,814.45

Date or dates debt was incurred
**2/25/2022**

Basis for the claim:
**Customer Orders**

Last 4 digits of account number **2826**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Parker Gwen LLC**                                          Case number (if known) _____
        Name

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Whalen**
**8600 Allisonville Road**
**Indianapolis, IN 46250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                 Basis for the claim:
                                                **Customer Order**

Last 4 digits of account number **9405**        Is the claim subject to offset?
Specify Code subsection of PRIORITY             ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)         ☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,654.95** | **$1,654.95** |
|---|---|---|---|---|

**Bridget Blake**
**650 East Gravers Lane**
**Wyndmoor, PA 19038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                 Basis for the claim:
**3/7/2022**                                     **Customer Order**

Last 4 digits of account number **3002**        Is the claim subject to offset?
Specify Code subsection of PRIORITY             ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)         ☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$279.65** | **$279.65** |
|---|---|---|---|---|

**Brittany Collins**
**1023 Sand Dollar Court**
**North Myrtle Beach, SC 29582**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                 Basis for the claim:
**10/2/2021**                                    **Customer Order**

Last 4 digits of account number **9589**        Is the claim subject to offset?
Specify Code subsection of PRIORITY             ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)         ☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,452.60** | **$1,452.60** |
|---|---|---|---|---|

**Brooke Stevens**
**7929 Chaperral Drive**
**Denham Springs, LA 70726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                 Basis for the claim:
**11/8/2021**                                    **Customer Order**

Last 4 digits of account number **0162**        Is the claim subject to offset?
Specify Code subsection of PRIORITY             ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)         ☐ Yes

---

| Debtor | **Parker Gwen LLC** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,219.75 | $1,219.75 |
|---|---|---|---|---|
| | **Byrn Harari**<br>**19341 Brooktrail Lane**<br>**Huntington Beach, CA 92648** | | | |
| | Date or dates debt was incurred<br>**7/26/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **8207** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $199.00 | $199.00 |
|---|---|---|---|---|
| | **Cari Acie**<br>**1481 Lynchburg Pl**<br>**Marietta, GA 30062** | | | |
| | Date or dates debt was incurred<br>**3/9/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3033** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,999.00 | $1,999.00 |
|---|---|---|---|---|
| | **Carmen Soares**<br>**10 Carol Street**<br>**Danbury, CT 06810** | | | |
| | Date or dates debt was incurred<br>**3/16/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3174** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,119.00 | $1,119.00 |
|---|---|---|---|---|
| | **Carol Macy**<br>**149 Vista Drive**<br>**Shelburne, VT 05482** | | | |
| | Date or dates debt was incurred<br>**11/29/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **0890** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,508.15 | $1,508.15 |
|---|---|---|---|---|

**Carol Wingfield**
**8439 Briar Creek Cove**
**Germantown, TN 38139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/20/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2689**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $806.65 | $806.65 |
|---|---|---|---|---|

**Caroline Ghiossi**
**1219 Sevier Ave**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/30/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9549**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.00 | $329.00 |
|---|---|---|---|---|

**Carolyn Connell**
**318 West Central Avenue**
**El Dorado, KS 67042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1802**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.10 | $476.10 |
|---|---|---|---|---|

**Carrisa Valdez**
**23682 Va-a Astorga**
**Mission Viejo, CA 92691**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/23/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1505**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Parker Gwen LLC**                          Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.67 | Priority creditor's name and mailing address<br>**Catherine Hwang**<br>**2092 Lakehaven Pt**<br>**Longwood, FL 32779** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,933.15**    **$1,933.15** |
| | Date or dates debt was incurred<br>**2/24/2022** | Basis for the claim:<br>**Customer Order** | |
| | Last 4 digits of account number **2796**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.68 | Priority creditor's name and mailing address<br>**Cecily Coe**<br>**20910 Warwickshire Drive**<br>**Tomball, TX 77375** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$764.10**    **$764.10** |
| | Date or dates debt was incurred<br>**1/3/2022** | Basis for the claim:<br>**Customer Order** | |
| | Last 4 digits of account number **1759**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.69 | Priority creditor's name and mailing address<br>**Cesar Torres**<br>**32 Maugus Avenue**<br>**Wellesley Hills, MA 02481** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$194.65**    **$194.65** |
| | Date or dates debt was incurred<br>**2/16/2022** | Basis for the claim:<br>**Customer Order** | |
| | Last 4 digits of account number **2606**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.70 | Priority creditor's name and mailing address<br>**Chasity Matrinez**<br>**32410 Hwy 75**<br>**Plaquemine, LA 70764** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$660.00**    **$660.00** |
| | Date or dates debt was incurred<br>**3/17/2022** | Basis for the claim:<br>**Customer Order** | |
| | Last 4 digits of account number **3188**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor  **Parker Gwen LLC**                                    Case number (if known) _____
         Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,274.15 | $1,274.15 |

**Chauna Bryant**
**1900 Half South Street Southwest**
**Apt 849**
**Washington, DC 20024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/9/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3035**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $980.00 | $980.00 |

**Chelsey Kondrak**
**19109 Telegraph Springs Road**
**Purcellville, VA 20132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/21/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2174**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,997.00 | $6,997.00 |

**Chris Collins Inc.**
**1010 Wilshire Boulevard**
**Apt 103**
**Los Angeles, CA 90017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/25/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2803**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,599.00 | $1,599.00 |

**Chris Collins Inc.**
**1010 Wilshire Boulevard**
**Apt 103**
**Los Angeles, CA 90017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/24/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2788**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Parker Gwen LLC**
Name

Case number (if known) _____

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,418.30 | $4,418.30 |
|---|---|---|---|---|

**Chris Collins Inc.**
**1010 Wilshire Boulevard**
**Apt 103**
**Los Angeles, CA 90017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2603**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.10 | $152.10 |
|---|---|---|---|---|

**Chris James**
**126 Border Street**
**408**
**East Boston, MA 02128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3159**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,108.30 | $2,108.30 |
|---|---|---|---|---|

**Christina Checel**
**17085 Edgewater Lane**
**Huntington Beach, CA 92649**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/24/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **8158**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $539.10 | $539.10 |
|---|---|---|---|---|

**Christina Cruz Interiors**
**97 Hanover Road**
**Carlisle, MA 01741**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/26/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0702**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor  **Parker Gwen LLC**                                          Case number (if known) _____
_____
Name

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.00 | $134.00 |
|---|---|---|---|---|

**Christine Baker**
**PO BOX 326**
**Port Ewen, NY 12466**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3145**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $424.00 | $424.00 |
|---|---|---|---|---|

**Christopher Lo Sapio**
**5711 Chesire Drive**
**Bethesda, MD 20814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/12/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3077**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 | $239.00 |
|---|---|---|---|---|

**Colby Torbett**
**753 Edgefield Rd.**
**Piney Flats, TN 37686**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3156**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,526.40 | $1,526.40 |
|---|---|---|---|---|

**Cortney Kahn**
**330 Overhill Rd.**
**Orinda, CA 94563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3169**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor    **Parker Gwen LLC**                                              Case number (if known) _____
_____
              Name

| 2.83 | Priority creditor's name and mailing address<br>**Courteney Fisher**<br>**3425 Shoshone Street**<br>**Denver, CO 80211** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $534.60 | $534.60 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/13/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3105**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address<br>**Courtney Long**<br>**2712 W. Bay Ave**<br>**Tampa, FL 33611** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $143.00 | $143.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**11/29/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **0918**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address<br>**Create Smart Solutions**<br>**21720 Hardy Oak Blvd.**<br>**Suite 100**<br>**San Antonio, TX 78258** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $638.00 | $638.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/14/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3135**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address<br>**Dan Solley**<br>**610 North Columbus Street**<br>**Alexandria, VA 22314** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $685.95 | $685.95 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/5/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2967**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **Parker Gwen LLC**                                                    Case number (if known) _____
_____
Name

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.00 | $237.00 |
|------|--------|--------|--------|--------|

**2.87** | Priority creditor's name and mailing address

**Dana Cooley**
**25 Old Stone Post Rd.**
**Old Lyme, CT 06371**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$237.00    $237.00

Date or dates debt was incurred
**3/14/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3134**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.88** | Priority creditor's name and mailing address

**Dana Hodge**
**1228 Bright Hts W**
**Hernando, MS 38632**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$67.00    $67.00

Date or dates debt was incurred
**3/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3096**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.89** | Priority creditor's name and mailing address

**Darrell C Ferguson**
**36 Chalmers Street**
**Charleston, SC 29401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,029.00    $1,029.00

Date or dates debt was incurred
**11/26/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0656**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.90** | Priority creditor's name and mailing address

**David Chapman**
**2329 Northwest 172nd Street**
**Edmond, OK 73012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$726.30    $726.30

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3168**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Parker Gwen LLC**                                    Case number (if known) _____
      Name

| | | | |
|---|---|---|---|
| 2.91 | Priority creditor's name and mailing address<br>**David Espinosa**<br>**4183 Bunker Hill Road**<br>**Apt 7414**<br>**Sachse, TX 75048** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$934.00**    **$934.00** |
| | Date or dates debt was incurred<br>**3/12/2022** | Basis for the claim:<br>**Customer Order** | |
| | Last 4 digits of account number **3078**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.92 | Priority creditor's name and mailing address<br>**David Martin**<br>**31 Robinson Drive**<br>**Greendale, IN 47025** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Order** | |
| | Last 4 digits of account number **2899**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.93 | Priority creditor's name and mailing address<br>**David Martin**<br>**31 Robinson Drive**<br>**Greendale, IN 47025** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,436.14**    **$1,436.14** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Order** | |
| | Last 4 digits of account number **1878**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.94 | Priority creditor's name and mailing address<br>**David McDougle**<br>**5476 NW 44th Way**<br>**Coconut Creek, FL 33073** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$892.00**    **$892.00** |
| | Date or dates debt was incurred<br>**9/16/2021** | Basis for the claim:<br>**Customer Order** | |
| | Last 4 digits of account number **9208**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Parker Gwen LLC**                                          Case number (if known) _____

Name

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,612.15 | $1,612.15 |

**David Moora**
**9333 Mainsail Drive**
**Burke, VA 22015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0846**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,636.19 | $1,636.19 |

**Debbie Nunes**
**1549 Copperwood Circle East**
**Carmel, IN 46033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/25/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2805**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $938.00 | $938.00 |

**Deborah LeBoulch**
**2014 Merlin Ct.**
**Naples, FL 34105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/14/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3123**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,074.90 | $4,074.90 |

**Deborah LeBoulch**
**2014 Merlin Ct.**
**Naples, FL 34105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/21/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2716**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Parker Gwen LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.99** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $747.00 | $747.00

**Deborah Worcester**
**1 Mariner's Way**
**Unit 204**
**Plymouth, MA 02360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/26/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2848**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.100** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.10 | $287.10

**Delores Scollan**
**145 Handsome Avenue**
**Sayville, NY 11782**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/26/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0617**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.101** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,590.80 | $2,590.80

**Denise devenie**
**5540 N. Williamson Valey Road**
**Prescott, AZ 86305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/7/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **8933**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.102** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $423.00 | $423.00

**Dennis Nolan**
**1360 Darwin Drive**
**Oceanside, CA 92056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/27/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0708**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Parker Gwen LLC**                                    Case number (if known) _____
_____
Name

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,671.10 | $3,671.10 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Derek Wallace**
**591 Whittier Highway**
**Center Sandwich, NH 03227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/15/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0380**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.104 | | | $189.00 | $189.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Diane Freeman Steinberg**
**1085 Horns Corners Road**
**Cedarburg, WI 53012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/6/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1147**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.105 | | | $1,169.10 | $1,169.10 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Donna Reeves**
**4822 An County Road 2101**
**Palestine, TX 75801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/28/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2339**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.106 | | | $1,899.00 | $1,899.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Dorian Miller**
**26733 Martinique Drive**
**Orange Beach, AL 36561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/29/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **8282**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Parker Gwen LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.107 | Priority creditor's name and mailing address<br>**Doug Gregor**<br>**7059 W 110th St Circle**<br>**Bloomington, MN 55438** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$120.60** | **$120.60** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/16/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3177**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address<br>**Edward Plante**<br>**460 Seaforth Landing Drive**<br>**Pittsboro, NC 27312** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,136.60** | **$7,136.60** |
| | Date or dates debt was incurred<br>**2/23/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2760**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address<br>**Elias Hantula**<br>**492 Wood Ridge Ave.**<br>**Wood Ridge, NJ 07075** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$883.20** | **$883.20** |
| | Date or dates debt was incurred<br>**3/13/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3113**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address<br>**Elisabeth Gilberg**<br>**45 Grove Road**<br>**Bedford, NY 10506** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$538.20** | **$538.20** |
| | Date or dates debt was incurred<br>**1/17/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2079**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,279.00 | $1,279.00 |
|---|---|---|---|---|

**Elise Eplan**
**1737 Inverness Ave NE**
**Atlanta, GA 30306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/12/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3085**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |
|---|---|---|---|---|

**Elissa Ayadi**
**244 High Meadow Street**
**Simi Valley, CA 93065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **8673**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,511.10 | $1,511.10 |
|---|---|---|---|---|

**Elizabeth Blevins**
**394 McWenneger Drive**
**Kalispell, MT 59901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/26/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0622**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,511.10 | $1,511.10 |
|---|---|---|---|---|

**Ellie Staricka**
**1153 Hubbard Avenue**
**Saint Paul, MN 55104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/29/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0873**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,933.00 | $1,933.00 |
|---|---|---|---|---|
| | **Emily Podewils**<br>**8123 Bridge Road**<br>**Cedarburg, WI 53012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**3/15/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3152** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,529.00 | $1,529.00 |
|---|---|---|---|---|
| | **Eric Amling**<br>**186 Katrine Lane**<br>**Lake Katrine, NY 12449** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**9/15/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **9195** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,784.15 | $1,784.15 |
|---|---|---|---|---|
| | **Eric Critchlow**<br>**220 Arabica Road**<br>**Walla Walla, WA 99362** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/8/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **1875** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,983.99 | $1,983.99 |
|---|---|---|---|---|
| | **Evan Jones**<br>**1684 North Madison Avenue**<br>**Pasadena, CA 91104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2168** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.50 | $48.50 |
|---|---|---|---|---|

**Ewa Krzynowek**
**2 Kristin Lane**
**Plainville, CT 06062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/25/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2265**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,316.00 | $1,316.00 |
|---|---|---|---|---|

**Gardiner Turner**
**3542 19th Street**
**Boulder, CO 80304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/29/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2349**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $382.00 | $382.00 |
|---|---|---|---|---|

**Gary B Garman**
**2625 Townsgate Road**
**Suite 100**
**Westlake Village, CA 91361**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3175**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.00 | $229.00 |
|---|---|---|---|---|

**Gautam Arora**
**6011 Western Avenue**
**Whittier, CA 90601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/8/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3011**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address<br>**Gayle Donner**<br>**4643 Tam Oshanter Dr**<br>**Westlake Village, CA 91362** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$306.15** | **$306.15** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/20/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2696** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.124 | Priority creditor's name and mailing address<br>**Gayle Morgan Armytage**<br>**103 Alexander Avenue**<br>**Snowmass, CO 81654** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,348.20** | **$1,348.20** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/13/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **1987** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.125 | Priority creditor's name and mailing address<br>**Giudicelli**<br>**1 Beechwood Circle**<br>**Hingham, MA 02043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,499.00** | **$1,499.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/15/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **1343** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.126 | Priority creditor's name and mailing address<br>**Grayson Tung**<br>**11 Lenox Ave**<br>**Milltown, NJ 08850** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$179.00** | **$179.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/16/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3163** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

Debtor    **Parker Gwen LLC**                                        Case number *(if known)* _____
_____
            Name

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.00 | $584.00 |
|---|---|---|---|---|

2.127 | Priority creditor's name and mailing address
**Greg Patterson**
**5238 Wynterhall Way**
**Dunwoody, GA 30338**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$584.00**    **$584.00**

Date or dates debt was incurred
**3/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3147**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.128 | Priority creditor's name and mailing address
**Groundworks**
**16721 Caperi**
**Pflugerville, TX 78660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$999.99**    **$999.99**

Date or dates debt was incurred
**1/26/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2283**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.129 | Priority creditor's name and mailing address
**Hasan Aman**
**600 Admiral Blvd**
**Apt 701**
**Kansas City, MO 64106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$899.10**    **$899.10**

Date or dates debt was incurred
**3/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3109**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.130 | Priority creditor's name and mailing address
**Hatch Purchasing Corporation**
**2908 25th Avenue West**
**Seattle, WA 98199**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$332.00**    **$332.00**

Date or dates debt was incurred
**11/9/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0203**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Parker Gwen LLC**                                    Case number (if known) _____
           Name

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.00 | $268.00 |

**Havens Edge**
**6672 Floyd Hwy N**
**Check, VA 24072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3175**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $807.00 | $807.00 |

**Helen Kang**
**15650 Vandendorf Place**
**Encino, CA 91436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3184**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |

**Holly Creel**
**3120 Summer Hill Circle**
**Nacogdoches, TX 75965**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/11/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3054**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $806.65 | $806.65 |

**Holly Gripe**
**6081 Haskins Court**
**Prescott Valley, AZ 86314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/11/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1953**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Parker Gwen LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $679.00 | $679.00 |
|---|---|---|---|---|

**Imagine Photography**
**1919 Skyfall Terrace**
**Kingman, AZ 86401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3146**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,619.10 | $1,619.10 |
|---|---|---|---|---|

**Irma Johnston**
**28718 Casen Ranch Lane**
**Fulshear, TX 77441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/4/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1776**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $934.15 | $934.15 |
|---|---|---|---|---|

**Ivan Lemeza**
**PO Box 2541**
**Missoula, MT 59806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/28/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1596**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.00 | $237.00 |
|---|---|---|---|---|

**Jacqueline Purcell**
**162 Vincent Street**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3094**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Parker Gwen LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address<br>**James Benvenuto**<br>**100 W. Highland Avenue**<br>**Langhorne, PA 19047** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$149.00** | **$149.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/18/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2115**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.140 | Priority creditor's name and mailing address<br>**James Huntington**<br>**2997 W. Camden Brook Way**<br>**Riverton, UT 84065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$154.00** | **$154.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/17/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2634**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.141 | Priority creditor's name and mailing address<br>**James Pawelski**<br>**5402 N. Magnolia Avenue**<br>**Unit 308**<br>**Chicago, IL 60640** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,293.20** | **$2,293.20** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**11/6/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **0097**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.142 | Priority creditor's name and mailing address<br>**Janelle Davies**<br>**2418 Holly Lane**<br>**Newport Beach, CA 92663** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$149.00** | **$149.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**9/17/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **9254**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Parker Gwen LLC**                                                  Case number (if known) _____
        _____
        Name

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,763.15 | $1,763.15 |
|---|---|---|---|---|

**Janelle Tucker**
**898 Briar Drive**
**Delaware, OH 43015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/27/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2861**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,189.15 | $1,189.15 |
|---|---|---|---|---|

**Janet Wilson**
**436 Silver Spur Drive**
**Fallon, NV 89406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/27/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2872**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $594.00 | $594.00 |
|---|---|---|---|---|

**Janie Reardon**
**16 Howland Road**
**Berkley, MA 02779**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/12/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3081**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,480.30 | $2,480.30 |
|---|---|---|---|---|

**Jeanna Ford**
**3038 W. Napoleon Avenue**
**Unit 4**
**Tampa, FL 33611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/28/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2893**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Parker Gwen LLC**                                      Case number (if known) _____
_____
Name

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,999.98 | $1,999.98 |

2.147   Priority creditor's name and mailing address
**Jeff Forte**
**77 Blakeman Road**
**Thomaston, CT 06787**

As of the petition filing date, the claim is:                    **$1,999.98**   **$1,999.98**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/1/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2386**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.148   Priority creditor's name and mailing address
**Jeffrey Fier**
**18079 Coastline Drive**
**Apt. 10**
**Malibu, CA 90265**

As of the petition filing date, the claim is:                    **$552.00**   **$552.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/12/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3091**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.149   Priority creditor's name and mailing address
**Jen Hoke**
**119 Hillandale Road**
**Westport, CT 06880**

As of the petition filing date, the claim is:                    **$1,146.60**   **$1,146.60**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3150**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.150   Priority creditor's name and mailing address
**Jenell Woods**
**2986 South Parker Court**
**Aurora, CO 80014**

As of the petition filing date, the claim is:                    **Unknown**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2473**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Parker Gwen LLC**                                    Case number (if known) _____
_____
Name

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,169.10** | **$1,169.10** |
|---|---|---|---|---|

**Jenn O'Brien**
**803 Hayden Court**
**Bel Air, MD 21014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/29/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9960**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$298.00** | **$298.00** |
|---|---|---|---|---|

**Jennifer Colbert Miles**
**1520 South E Street**
**Suite C**
**San Bernardino, CA 92408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/22/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2209**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$196.00** | **$196.00** |
|---|---|---|---|---|

**Jennifer Norman**
**4 Walker Way**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/12/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **6538**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Wilsbacher**
**14130 Lake Shore Drive**
**Clive, IA 50325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2522**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Parker Gwen LLC**                                          Case number (if known) _____
_____
Name

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,379.10 | $1,379.10 |
|-------|---|---|---|---|

**Jennifer Wilsbacher**
**14130 Lake Shore Drive**
**Clive, IA 50325**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **8102**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,948.00 | $1,948.00 |
|-------|---|---|---|---|

**Jenny Moon Shaw**
**60 Tuberose Street**
**Ladera Ranch, CA 92694**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/18/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2122**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.15 | $288.15 |
|-------|---|---|---|---|

**Jerry Fleming**
**35 Little Woods Lane**
**Old Fort, NC 28762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/11/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3057**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.50 | $328.50 |
|-------|---|---|---|---|

**Jessica Benton**
**34 Acorn Ridge**
**Rancho Santa Margarita, CA 92688**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/8/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0172**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Parker Gwen LLC**                                      Case number (if known) _____
      Name

| | | | |
|---|---|---|---|
| 2.159 | Priority creditor's name and mailing address<br>**Jillian WIlson**<br>**9164 Green Tree Drive**<br>**Salado, TX 76571** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,546.60**    **$2,546.60** |
| | Date or dates debt was incurred<br>**2/20/2022** | Basis for the claim:<br>**Customer Order** | |
| | Last 4 digits of account number **2700**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.160 | Priority creditor's name and mailing address<br>**Joanie Fuson**<br>**7311 Oakland Hills Court**<br>**Indianapolis, IN 46236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$882.00**    **$882.00** |
| | Date or dates debt was incurred<br>**1/27/2022** | Basis for the claim:<br>**Customer Order** | |
| | Last 4 digits of account number **2303**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.161 | Priority creditor's name and mailing address<br>**Joe Arnold**<br>**5012 Avenue H**<br>**Austin, TX 78751** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,378.00**    **$3,378.00** |
| | Date or dates debt was incurred<br>**8/1/2021** | Basis for the claim:<br>**Customer Order** | |
| | Last 4 digits of account number **8364**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.162 | Priority creditor's name and mailing address<br>**Joe Bott**<br>**1147 Dry Powder Circle**<br>**Mechanicsburg, PA 17050-2000** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$189.00**    **$189.00** |
| | Date or dates debt was incurred<br>**12/6/2021** | Basis for the claim:<br>**Customer Order** | |
| | Last 4 digits of account number **1145**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Parker Gwen LLC**
　　　　Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.163 | Priority creditor's name and mailing address<br>**Joel Schultz**<br>**122840 Blackberry Road**<br>**Edgar, WI 54426** | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$497.00**　　**$497.00**

Date or dates debt was incurred
**3/12/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3093**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.164 | Priority creditor's name and mailing address<br>**John McGonegle**<br>**101 Prairie Hill Lane**<br>**Iowa City, IA 52246** | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$377.00**　　**$377.00**

Date or dates debt was incurred
**3/11/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3059**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.165 | Priority creditor's name and mailing address<br>**Jonathan Lynn**<br>**1500 Cranbrook Street**<br>**Camarillo, CA 93010** | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$995.00**　　**$995.00**

Date or dates debt was incurred
**3/2/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2918**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.166 | Priority creditor's name and mailing address<br>**Jordan Gallup**<br>**1908 Springbrook Rd**<br>**Fernandina Beach, FL 32034** | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,529.00**　　**$1,529.00**

Date or dates debt was incurred
**3/14/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3127**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Parker Gwen LLC**
_____   Case number _(if known)_ _____
Name

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $619.20 | $619.20 |
|---|---|---|---|---|

**Jordana Sager**
**3632 N. Hamilton Avenue**
**Chicago, IL 60618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/11/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3063**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $921.64 | $921.64 |
|---|---|---|---|---|

**Joseph Fiore**
**4424 Utsey Drive**
**Myrtle Beach, SC 29579**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/24/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2787**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |
|---|---|---|---|---|

**Joseph Mancuso**
**115 W. Spruce Street**
**Orlando, FL 32804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/28/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2329**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,154.60 | $2,154.60 |
|---|---|---|---|---|

**Joy Meyer**
**20271 Calice Court**
**Unit 2304**
**Estero, FL 33928**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/9/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0210**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Parker Gwen LLC**                                    Case number (if known) _____
_____
Name

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,752.75 | $3,752.75 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Juanita Camp**
**4304 Chimney Rock Court**
**Colleyville, TX 76034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/17/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2102**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $551.65 | $551.65 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Julia Provost**
**6730 N. Crantini Pl**
**Meridian, ID 83646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/28/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2883**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,294.15 | $2,294.15 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Julie Benlolo**
**6307 Grebe Court**
**Lake Worth, FL 33463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2564**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $944.10 | $944.10 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Julie Matthiessen**
**2001 Roxbury Drive**
**West Linn, OR 97068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2024**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Parker Gwen LLC**                                            Case number (if known) _____
                Name

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $508.30 | $508.30 |

| 2.175 | Priority creditor's name and mailing address<br>**K & J Woodworks**<br>**4112 Travis Country Circle**<br>**Austin, TX 78640** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $508.30 | $508.30 |

Date or dates debt was incurred
**12/20/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1450**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address<br>**Kaiser Permanente**<br>**5737 S. Quintero Circle**<br>**Centennial, CO 80015** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $721.65 | $721.65 |

Date or dates debt was incurred
**2/27/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2874**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address<br>**Kara Kinney**<br>**13421 West Shore Road**<br>**Nine Mile Falls, WA 99026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $308.00 | $308.00 |

Date or dates debt was incurred
**2/19/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2670**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address<br>**Kari Winkler**<br>**632 Fairmont Street**<br>**Greensburg, PA 15601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $833.00 | $833.00 |

Date or dates debt was incurred
**2/22/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2727**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Parker Gwen LLC**                                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.179 | Priority creditor's name and mailing address<br>**Karla Belmont**<br>**3355 Shepard Avenue**<br>**Millersport, OH 43046** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $806.65    $806.65 |

Date or dates debt was incurred    Basis for the claim:
**2/10/2022**                      **Customer Order**

Last 4 digits of account number **2509**    Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

| | | |
|---|---|---|
| 2.180 | Priority creditor's name and mailing address<br>**Katerie Chapman**<br>**4214 218 Ave E**<br>**Lake Tapps, WA 98391** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,316.00    $2,316.00 |

Date or dates debt was incurred    Basis for the claim:
**3/13/2022**                      **Customer Order**

Last 4 digits of account number **3100**    Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

| | | |
|---|---|---|
| 2.181 | Priority creditor's name and mailing address<br>**Katherine Dorsey**<br>**13848 SE Diamond Ridge Rd**<br>**Happy Valley, OR 97086** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,427.65    $4,427.65 |

Date or dates debt was incurred    Basis for the claim:
**3/9/2022**                       **Customer Order**

Last 4 digits of account number **3022**    Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

| | | |
|---|---|---|
| 2.182 | Priority creditor's name and mailing address<br>**Kathleen Fredrich**<br>**16 Torrington Lane**<br>**Bluffton, SC 29910** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,349.10    $1,349.10 |

Date or dates debt was incurred    Basis for the claim:
**3/17/2022**                      **Customer Order**

Last 4 digits of account number **3189**    Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

| Debtor | **Parker Gwen LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,209.00** | **$2,209.00** |
| --- | --- | --- | --- | --- |
| | **Kathryn Bolton**<br>**1006 Arlington Drive**<br>**Iowa City, IA 52245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**3/16/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3165** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$158.00** | **$158.00** |
| --- | --- | --- | --- | --- |
| | **Kathy Mastantuono**<br>**115 Walnut Street**<br>**Northville, MI 48167** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**12/4/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **1087** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$806.65** | **$806.65** |
| --- | --- | --- | --- | --- |
| | **Kelly Aceituno**<br>**1068 Seward Avenue**<br>**Westfield, NJ 07090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**12/27/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **9704** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Kelly Maloney**<br>**4344 North Leavitt Street**<br>**Chicago, IL 60618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2987** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Parker Gwen LLC**                                                    Case number *(if known)* _____
_____
Name

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.15 | $169.15 |

2.187 | Priority creditor's name and mailing address
**Kelly Maloney**
**115 Dunrovin Drive**
**Barrington, IL 60010**

As of the petition filing date, the claim is: $169.15   $169.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/6/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2459**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.188 | Priority creditor's name and mailing address
**Kelsey Glennon**
**3513 Ellen Dr.**
**Orlando, FL 32806**

As of the petition filing date, the claim is: $120.60   $120.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3193**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.189 | Priority creditor's name and mailing address
**Kensey Parry**
**917 Ocho Rios Dr.**
**Danville, CA 94526**

As of the petition filing date, the claim is: $339.00   $339.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3121**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.190 | Priority creditor's name and mailing address
**Kerri McShea**
**824 San Diego Road**
**Berkeley, CA 94707**

As of the petition filing date, the claim is: $3,392.00   $3,392.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/14/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3137**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Parker Gwen LLC**                                      Case number (if known) _____

Name

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |
|---|---|---|---|---|

**Kevin Pack**
**3915 Highway 43 N**
**Ethridge, TN 38456**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/26/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2277**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $999.00 | $999.00 |
|---|---|---|---|---|

**Kevin Rice**
**147 Searidge Court**
**Pismo Beach, CA 93449**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9780**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.00 | $249.00 |
|---|---|---|---|---|

**Kiet Huynh**
**1706 Creek Drive**
**Houston, TX 77055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1996**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $944.10 | $944.10 |
|---|---|---|---|---|

**Kim Gordon Designs**
**1123 Montana Avenue**
**Santa Monica, CA 90402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/26/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2281**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kim Johnson**
**1600 Marshall Street**
**Houston, TX 77006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2239**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,918.00** | **$2,918.00** |
|---|---|---|---|---|

**Kimberly Jones**
**3053 W. 118th Terr.**
**Leawood, KS 66211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/10/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3045**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,869.60** | **$7,869.60** |
|---|---|---|---|---|

**Kimberly Welter**
**1101 Excalibur Blvd**
**Lewisville, TX 75056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3181**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,291.50** | **$1,291.50** |
|---|---|---|---|---|

**Kjerste Dingle**
**8757 Jones Ave NW**
**Seattle, WA 98117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/27/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **8247**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,274.00 | $1,274.00 |
|---|---|---|---|---|

**Kristen Atwood**
**591 Bridge Street**
**Dedham, MA 02026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/13/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9093**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.15 | $288.15 |
|---|---|---|---|---|

**Kristin Day**
**9780 Glenmar Pkwy**
**Findlay, OH 45840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9271**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.10 | $575.10 |
|---|---|---|---|---|

**Kristine Vitelli**
**2 Stephen Court**
**Raritan Township, NJ 08551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/25/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0774**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.10 | $287.10 |
|---|---|---|---|---|

**Kristy Patalano**
**305 W. 98th Street**
**7CS**
**New York, NY 10025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/29/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0856**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Parker Gwen LLC**                                         Case number (if known) _____
         Name

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,292.27 | $2,292.27 |
|---|---|---|---|---|

**Kyra Osborne**
**1282 W. 65th Street**
**Cleveland, OH 44102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/20/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2686**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,829.60 | $2,829.60 |
|---|---|---|---|---|

**Lakeside Lodge**
**PO Box 598**
**Pinedale, WY 82941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3144**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,156.06 | $2,156.06 |
|---|---|---|---|---|

**Laura Bertagnolli**
**8303 Meadow Lane**
**Saint John, IN 46373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2101**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,783.30 | $1,783.30 |
|---|---|---|---|---|

**Laura Hyde**
**1659 N. Claremont Avenue**
**Chicago, IL 60647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/17/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2624**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| Debtor | **Parker Gwen LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $844.00 | $844.00 |
|---|---|---|---|---|
| | **Laura Jones** | *Check all that apply.* | | |
| | **8220 N Lakeview Court** | ☐ Contingent | | |
| | **Parkville, MO 64152** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **8/2/2021** | **Customer Order** | | |
| | Last 4 digits of account number **8405** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,214.10 | $1,214.10 |
|---|---|---|---|---|
| | **Lauri Rossi** | *Check all that apply.* | | |
| | **30 Meadow Lane** | ☐ Contingent | | |
| | **Pennington, NJ 08534** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2/26/2022** | **Customer Order** | | |
| | Last 4 digits of account number **2842** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,146.65 | $1,146.65 |
|---|---|---|---|---|
| | **Leah Pugh** | *Check all that apply.* | | |
| | **92 W. California Ave** | ☐ Contingent | | |
| | **Columbus, OH 43202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **10/7/2021** | **Customer Order** | | |
| | Last 4 digits of account number **9658** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,599.20 | $1,599.20 |
|---|---|---|---|---|
| | **Leah Stolzoff** | *Check all that apply.* | | |
| | **5417 S Del Rancho** | ☐ Contingent | | |
| | **Mesa, AZ 85212** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **12/9/2021** | **Customer Order** | | |
| | Last 4 digits of account number **1236** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **Parker Gwen LLC**                                Case number *(if known)* _____
_____
Name

| 2.211 | Priority creditor's name and mailing address<br>**Leanne Miner**<br>**3537 East Sage Brush Street**<br>**Gilbert, AZ 85296** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $296.65 | $296.65 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/11/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2582**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.212 | Priority creditor's name and mailing address<br>**Leanne Miner**<br>**3537 East Sagebrush Street**<br>**Gilbert, AZ 85296** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,169.60 | $1,169.60 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **9378**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.213 | Priority creditor's name and mailing address<br>**Lee Luo**<br>**3810 Mossy Way Court**<br>**Fort Myers, FL 33905** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $584.80 | $584.80 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/26/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2845**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.214 | Priority creditor's name and mailing address<br>**Lenka Eckert**<br>**455 Cleveland Dr.**<br>**Sarasota, FL 34236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $802.80 | $802.80 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/16/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3183**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,076.40 | $1,076.40 |
|---|---|---|---|---|

**Leonardo Fernandez**
**9571 W 32nd Lane**
**Hialeah, FL 33018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/9/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2503**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.65 | $75.65 |
|---|---|---|---|---|

**Lexi Interiors**
**614 Hannah Park Ln**
**Saint Augustine, FL 32095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/9/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3024**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,716.00 | $1,716.00 |
|---|---|---|---|---|

**Linda Forgione**
**93 Oak Street**
**Deer Park, NY 11729**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/21/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **8119**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.15 | $339.15 |
|---|---|---|---|---|

**Linda Keala**
**7825 St. Helena Hwy.**
**Oakville, CA 94562**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1736**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Parker Gwen LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $766.70 | $766.70 |
|---|---|---|---|---|
| | **Lindsay Schoeneborn** | *Check all that apply.* | | |
| | **16935 Strawberry Drive** | ☐ Contingent | | |
| | **Los Angeles, CA 91436** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2/9/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2494**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,399.00 | $1,399.00 |
|---|---|---|---|---|
| | **Lindsey Hagens** | *Check all that apply.* | | |
| | **2608 Thornbird Pl** | ☐ Contingent | | |
| | **Boulder, CO 80304** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**6/11/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **7529**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Lindsey Lang** | *Check all that apply.* | | |
| | **5313 Serene Hills Drive** | ☐ Contingent | | |
| | **Unit 4205** | ☐ Unliquidated | | |
| | **Lakeway, TX 78738** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1936**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,848.00 | $1,848.00 |
|---|---|---|---|---|
| | **Lindsey Proctor** | *Check all that apply.* | | |
| | **3712 Lewis Lane** | ☐ Contingent | | |
| | **Amarillo, TX 79109** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**3/14/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3136**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

Debtor **Parker Gwen LLC**                                    Case number (if known) _____
          Name

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $759.20 | $759.20 |
|---|---|---|---|---|

**Lisa Burroughs**
**3234 Wasatch Road**
**Placerville, CA 95667**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1990**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,124.10 | $1,124.10 |
|---|---|---|---|---|

**Lisa Leschinsky**
**159 Calle Ojo Feliz**
**Unit T**
**Santa Fe, NM 87505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/10/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0234**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,443.00 | $2,443.00 |
|---|---|---|---|---|

**Lisa Rodolitz**
**100 Post Road**
**Old Westbury, NY 11568**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3182**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Living Life Complete Professional**
**Coachi**
**2827 Livsey Drive**
**Tucker, GA 30084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/15/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9767**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Parker Gwen LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,444.15 | $1,444.15 |
|---|---|---|---|---|

**Louis Tzamalas**
**9273 Southwest 8th Street**
**Apt 209**
**Boca Raton, FL 33428**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/22/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2733**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Lynda Haines**
**22003 Front Beach Road**
**Panama City Beach, FL 32413**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/3/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2931**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,721.70 | $1,721.70 |
|---|---|---|---|---|

**Lynda James**
**805 SW 10th Street**
**Fort Lauderdale, FL 33315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3160**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Manish Rai**
**1507 Wispering Woods Circle**
**Allentown, PA 18106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2813**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor **Parker Gwen LLC**                                        Case number (if known) _____
_____
Name

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.00 | $280.00 |
|---|---|---|---|---|

| 2.231 | Priority creditor's name and mailing address<br>**Marcia Schlechter**<br>**11903 Hedgestone Court**<br>**Naples, FL 34120** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $280.00 | $280.00 |
| | Date or dates debt was incurred<br>**11/7/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **0113**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.232 | Priority creditor's name and mailing address<br>**Marcille Bordelon**<br>**24879 Platinum Lane**<br>**Wilder, ID 83676** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,441.60 | $1,441.60 |
| | Date or dates debt was incurred<br>**2/26/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2832**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.233 | Priority creditor's name and mailing address<br>**Margaret Taratino**<br>**7440 Dover Lane**<br>**Parma, OH 44130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $807.00 | $807.00 |
| | Date or dates debt was incurred<br>**3/14/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3128**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.234 | Priority creditor's name and mailing address<br>**Maria Chan**<br>**25 Sturbridge Drive**<br>**Saddle River, NJ 07458** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $431.80 | $431.80 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **9250**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Parker Gwen LLC**  Case number *(if known)*
_____
Name

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,580.60 | $2,580.60 |
|---|---|---|---|---|

**Maria Karesto**
**117 Waning Way**
**Charleston, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/27/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2868**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199.00 | $199.00 |
|---|---|---|---|---|

**Maria Rotellini**
**411 South Adams Road**
**Birmingham, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/12/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0331**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $719.10 | $719.10 |
|---|---|---|---|---|

**Marie Schroeder**
**20965**
**Corral Road**
**Omaha, NE 68022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/12/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1277**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $899.10 | $899.10 |
|---|---|---|---|---|

**Marissa Hawley**
**7959**
**Richardson Road**
**West Bloomfield, MI 48323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/7/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1849**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Parker Gwen LLC**                                     Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.239 | Priority creditor's name and mailing address<br>**Mark Larmony**<br>**5426 Clearview Drive**<br>**North Charleston, SC 29420** | As of the petition filing date, the claim is: **$120.60** **$120.60**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**3/16/2022** | Basis for the claim:<br>**Customer Order** |
| | Last 4 digits of account number **3170**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.240 | Priority creditor's name and mailing address<br>**Mark Pappa**<br>**147 Garfield**<br>**West Hartford, CT 06107** | As of the petition filing date, the claim is: **$1,613.30** **$1,613.30**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**12/29/2021** | Basis for the claim:<br>**Customer Order** |
| | Last 4 digits of account number **1618**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.241 | Priority creditor's name and mailing address<br>**Markus Imhof**<br>**337 Blue Bird Canyon Drive**<br>**Laguna Beach, CA 92651** | As of the petition filing date, the claim is: **$223.20** **$223.20**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**12/7/2021** | Basis for the claim:<br>**Customer Order** |
| | Last 4 digits of account number **1166**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.242 | Priority creditor's name and mailing address<br>**Markus Imhof**<br>**337 Blue Bird Canyon Drive**<br>**Laguna Beach, CA 92651** | As of the petition filing date, the claim is: **$179.10** **$179.10**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Order** |
| | Last 4 digits of account number **0940**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Debtor  **Parker Gwen LLC**
　　　　　Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.243 | Priority creditor's name and mailing address<br>**Marla C. Martin**<br>**1047 Jaine Lane**<br>**Chester Springs, PA 19425** | As of the petition filing date, the claim is: **$999.00**　**$999.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**1/7/2022** | Basis for the claim:<br>**Customer Order** |
| | Last 4 digits of account number **1846**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.244 | Priority creditor's name and mailing address<br>**Mary Bauer**<br>**620 South County Line Road**<br>**Hinsdale, IL 60521** | As of the petition filing date, the claim is: **$364.65**　**$364.65**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**1/3/2020** | Basis for the claim:<br>**Customer Order** |
| | Last 4 digits of account number **1753**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.245 | Priority creditor's name and mailing address<br>**Mary Hight**<br>**212 W. Ironwood Drive**<br>**D132**<br>**Coeur D Alene, ID 83814** | As of the petition filing date, the claim is: **$1,809.65**　**$1,809.65**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**12/27/2021** | Basis for the claim:<br>**Customer Order** |
| | Last 4 digits of account number **1568**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.246 | Priority creditor's name and mailing address<br>**Mary Hurley**<br>**66 Wendell Park**<br>**Milton, MA 02186** | As of the petition filing date, the claim is: **$1,366.20**　**$1,366.20**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**7/21/2021** | Basis for the claim:<br>**Customer Order** |
| | Last 4 digits of account number **8108**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Debtor    **Parker Gwen LLC**                                                    Case number (if known)  _____
           Name

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.00 | $328.00 |
|---|---|---|---|---|

**Mary Lindeman**
**2905North Talman Avenue**
**Chicago, IL 60618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3155**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,529.15 | $1,529.15 |
|---|---|---|---|---|

**Mat Brown**
**3057 N 2575 W**
**Farr West, UT 84404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/25/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2821**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,398.30 | $3,398.30 |
|---|---|---|---|---|

**Matt Collins**
**12960 Thornhill Drive**
**Saint Louis, MO 63131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/26/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2835**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.23 | $95.23 |
|---|---|---|---|---|

**Matthew Phillips**
**11136 Clarkston Road**
**Zionsville, IN 46077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/30/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9968**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Parker Gwen LLC**                                    Case number (if known) _____
_____
Name

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |
|---|---|---|---|---|

**McCaela Daffern**
**120 C 17th Ave E**
**Seattle, WA 98112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/28/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0816**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,599.00 | $1,599.00 |
|---|---|---|---|---|

**Megan Podzorov**
**104 Riva Ridge**
**Hendersonville, TN 37075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/1/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2910**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $849.15 | $849.15 |
|---|---|---|---|---|

**Megan Speece**
**211 Holstein Drive**
**Collegeville, PA 19426**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**13/31/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1658**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,652.00 | $3,652.00 |
|---|---|---|---|---|

**Melissa TeveSchwab**
**3214 Aldwyche Dr.**
**Austin, TX 78704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3116**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Parker Gwen LLC**                                                    Case number (if known)
_____
Name

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,401.65 | $1,401.65 |
|---|---|---|---|---|

**Michael Bowyer**
**7007 Copper Sky Court**
**Upper Marlboro, MD 20772**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/20/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2693**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $944.10 | $944.10 |
|---|---|---|---|---|

**Michaels of Denver**
**6385 West 52nd Avenue**
**3A**
**Arvada, CO 80002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/4/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2423**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.20 | $160.20 |
|---|---|---|---|---|

**Michelle Leonard**
**21040 Pacific ity Circle**
**Unit 4403**
**Huntington Beach, CA 92648**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3171**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,348.20 | $1,348.20 |
|---|---|---|---|---|

**Michelle Ruehle**
**512 Stewart Lane**
**Mansfield, OH 44907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/11/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0279**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Parker Gwen LLC**                                                Case number (if known) _____
_____
         Name

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.50 | $31.50 |
|---|---|---|---|---|

| 2.259 | Priority creditor's name and mailing address<br>**Michelle Smith**<br>**2119 W. 10th Street**<br>**Little Rock, AR 72202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31.50 | $31.50 |
| | Date or dates debt was incurred<br>**1/29/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2347**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.260 | Priority creditor's name and mailing address<br>**Michelle Wells**<br>**811 Beaumont Drive**<br>**Unit 101**<br>**Naperville, IL 60540** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,439.20 | $1,439.20 |
| | Date or dates debt was incurred<br>**12/2/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **1042**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.261 | Priority creditor's name and mailing address<br>**Mike Martinez**<br>**6512 Onyx Court Northwest**<br>**Albuquerque, NM 87120** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,499.00 | $1,499.00 |
| | Date or dates debt was incurred<br>**7/16/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **8046**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.262 | Priority creditor's name and mailing address<br>**Morgan Craft**<br>**6618 Danville Ave.**<br>**San Diego, CA 92120** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.00 | $29.00 |
| | Date or dates debt was incurred<br>**2/23/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **2755**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **Parker Gwen LLC**                                          Case number (if known) _____
          Name

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $764.10 | $764.10 |
|---|---|---|---|---|

**Morgan Long**
**513 H Avenue**
**Coronado, CA 92118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/15/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9762**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,594.60 | $3,594.60 |
|---|---|---|---|---|

**Nadia Choudhry**
**1280 Rimrock Drive**
**Lucas, TX 75002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3192**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.00 | $1,300.00 |
|---|---|---|---|---|

**Nanci Koster**
**3700 Peachtree Circle**
**Manhattan, KS 66503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/19/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2133**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Natasha Yarushkina**
**250 Hall Drive**
**Orinda, CA 94563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/17/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **8066**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Parker Gwen LLC**                                                    Case number *(if known)* _____
                 Name

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,104.15 | $1,104.15 |
|-------|---|---|---|---|

**Nathan Than**
**14073 Kahla Drive**
**Belleville, MI 48111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/21/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2708**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,525.00 | $11,525.00 |
|-------|---|---|---|---|

**Neil Lauer**
**2910 Glenbriar Drive**
**Saint Charles, IL 60174**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/3/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2946**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|-------|---|---|---|---|

**Nicholas Gil**
**79 Potomac Avenue Southeast**
**802**
**Washington, DC 20003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2900**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,359.15 | $1,359.15 |
|-------|---|---|---|---|

**Nicholas Gil**
**79 Potomac Avenue Southeast**
**802**
**Washington, DC 20003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/14/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2574**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Parker Gwen LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $679.15 | $679.15 |
|---|---|---|---|---|
| | **Nicholas Vance** | *Check all that apply.* | | |
| | **226 Merriam Street** | ☐ Contingent | | |
| | **Weston, MA 02493** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/2/2022** | **Customer Order** |

Last 4 digits of account number **2924**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $679.15 | $679.15 |
|---|---|---|---|---|
| | **Nicole Phillips** | *Check all that apply.* | | |
| | **3029 Southeast 14th Street** | ☐ Contingent | | |
| | **North Bend, WA 98045** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/25/2022** | **Customer Orders** |

Last 4 digits of account number **2810**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,088.00 | $2,088.00 |
|---|---|---|---|---|
| | **Nisha Asnani** | *Check all that apply.* | | |
| | **202 14th Street** | ☐ Contingent | | |
| | **Santa Monica, CA 90402** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **9/20/2021** | **Customer Order** |

Last 4 digits of account number **9390**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $934.00 | $934.00 |
|---|---|---|---|---|
| | **Nuha El-Quesny** | *Check all that apply.* | | |
| | **3887 Fairfax Ridge Rd.** | ☐ Contingent | | |
| | **237** | ☐ Unliquidated | | |
| | **Fairfax, VA 22030** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/17/2022** | **Customer Order** |

Last 4 digits of account number **3194**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor   **Parker Gwen LLC**                                        Case number (if known) _____
_____
Name

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $806.65 | $806.65 |
|---|---|---|---|---|

**Oliver McGarrow**
**5579 Timbers Edge Drive**
**Shelby Township, MI 48316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2030**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $916.00 | $916.00 |
|---|---|---|---|---|

**Paola Luna**
**7800 Highway 17**
**Lot 46**
**Alabaster, AL 35114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/2/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2920**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,268.00 | $1,268.00 |
|---|---|---|---|---|

**Paul Daly**
**945 Herr Drive**
**New Lenox, IL 60451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/11/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1949**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,104.00 | $1,104.00 |
|---|---|---|---|---|

**Paula Ahlstone**
**1151 Kingston Lane**
**Ventura, CA 93001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/6/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0072**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Parker Gwen LLC**                                          Case number (if known) _____
           Name

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Paula Kimble**
**153 Daffodil Ln**
**Fraziers Bottom, WV 25082**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3027**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,592.00** | **$1,592.00** |
|---|---|---|---|---|

**Plant City Providence, LLC**
**334 Water Street**
**Providence, RI 02903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/25/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2807**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$977.00** | **$977.00** |
|---|---|---|---|---|

**Pricilla Green**
**42 Hollow Road**
**Catawissa, PA 17820**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3186**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,544.00** | **$2,544.00** |
|---|---|---|---|---|

**Productive Label**
**25051 Anza Drive**
**Valencia, CA 91355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/14/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3126**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.00 | $134.00 |
|---|---|---|---|---|

**Quinn Rowland**
**1375 Masonic Ave.**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/14/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3129**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,902.10 | $2,902.10 |
|---|---|---|---|---|

**Rachel Kersaint**
**9027 Clear Stream Lane**
**Upper Marlboro, MD 20772**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2022**

Basis for the claim:
**Customer Orders**

Last 4 digits of account number **3151**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $466.65 | $466.65 |
|---|---|---|---|---|

**Rachel Simone, Inc.**
**45 Bond Street**
**4th Floor**
**New York, NY 10012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/10/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2520**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,299.00 | $1,299.00 |
|---|---|---|---|---|

**Raymond Bray**
**11199 Mohawk Street**
**Boca Raton, FL 33428**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2977**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Parker Gwen LLC**                                          Case number (if known)  _____
_____
Name

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,294.10 | $2,294.10 |
|---|---|---|---|---|

**Reena Pasricha**
**11271 Independence Way**
**Ellicott City, MD 21042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/14/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9132**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |
|---|---|---|---|---|

**Renee Melchiode**
**1919 State Street**
**New Orleans, LA 70118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/8/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2486**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,366.20 | $1,366.20 |
|---|---|---|---|---|

**Renee Nicholas**
**827 Laceleaf Street**
**Las Vegas, NV 89138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/27/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0749**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 | $299.00 |
|---|---|---|---|---|

**Richard Casella**
**820 Stafford Avenue**
**48**
**Bristol, CT 06010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/11/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3058**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Parker Gwen LLC**                                      Case number (if known) _____
　　　　Name

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.00 | $711.00 |
|---|---|---|---|---|

**Richard Sullenger**
**267 West Perkins Street**
**San Tan Valley, AZ 85143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3101**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.00 | $509.00 |
|---|---|---|---|---|

**Riti Kanthan**
**151 Montrose Road**
**Colts Neck, NJ 07722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/11/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3062**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.00 | $134.00 |
|---|---|---|---|---|

**Robert V Moro II**
**4700 Springtree Court**
**Virginia Beach, VA 23455**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3143**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,124.00 | $1,124.00 |
|---|---|---|---|---|

**Robin Malinowski**
**980 NW 4th Avenue**
**Delray Beach, FL 33444**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1792**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ron Godshalk**
**5280 Paseo Panorama**
**Yorba Linda, CA 92887**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2913**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$134.00** | **$134.00** |
|---|---|---|---|---|

**Rory Wall**
**5423 Silver Creek Dr**
**Waxhaw, NC 28173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3142**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$653.88** | **$653.88** |
|---|---|---|---|---|

**Rosa Orr**
**409 E. 48th Street**
**Indianapolis, IN 46205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/6/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0069**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,123.20** | **$1,123.20** |
|---|---|---|---|---|

**Rose Yahi**
**16526 Mueller Circle**
**Plainfield, IL 60586**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/18/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0433**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,039.15 | $2,039.15 |
|---|---|---|---|---|

**Ryan Berry**
**342 Selkirk Drive**
**Corona, CA 92881**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/4/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2960**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,614.00 | $1,614.00 |
|---|---|---|---|---|

**Sabrina Allen**
**35 Underwood Drive**
**West Orange, NJ 07052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/12/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3073**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.00 | $297.00 |
|---|---|---|---|---|

**Samantha Gilbert**
**59 Salem Road**
**Pound Ridge, NY 10576**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3162**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,935.45 | $1,935.45 |
|---|---|---|---|---|

**Sara Schwartz**
**12476 Greene Avenue**
**Los Angeles, CA 90066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/21/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2719**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Parker Gwen LLC**                                          Case number (if known) _____

        Name

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,605.60 | $1,605.60 |
|---|---|---|---|---|
| | **Sarah Beer**<br>**604 Durham Court**<br>**Lawrence, KS 66049** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**3/14/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3130** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $229.00 | $229.00 |
|---|---|---|---|---|
| | **Sarah Dickerson**<br>**5841 Fredricksburg Drive**<br>**Nashville, TN 37215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**11/29/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **0904** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $359.10 | $359.10 |
|---|---|---|---|---|
| | **Sarah Hermanson**<br>**10315**<br>**Stone Avenue**<br>**Seattle, WA 98133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/16/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **9779** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,696.60 | $1,696.60 |
|---|---|---|---|---|
| | **Sarah Howle**<br>**1103 East Lloyd Street**<br>**Pensacola, FL 32503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**8/31/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **8830** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

Debtor    **Parker Gwen LLC**                                        Case number (if known) _____

_____

Name

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,996.80** | **$3,996.80** |
|---|---|---|---|---|

**Sarah Peter**
**545 Barnesley Ln**
**Alpharetta, GA 30022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/9/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3031**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$206.40** | **$206.40** |
|---|---|---|---|---|

**Sayali Sadatkar**
**1106 Christiana Meadows**
**Bear, DE 19701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1036**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,017.00** | **$1,017.00** |
|---|---|---|---|---|

**Scenic Lifestyle Designs**
**221 Scenic Gulf Drive**
**Unit 230**
**Miramar Beach, FL 32550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/14/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3131**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Scot Avery**
**9320 Meadow Ridge Drive**
**West Chester, OH 45241**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2500**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Parker Gwen LLC**                                        Case number *(if known)* _____
_____
Name

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Scot Avery**
**9320 Meadow Ridge Drive**
**West Chester, OH 45241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2041**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,754.60 | $1,754.60 |
|---|---|---|---|---|

**Scott Wicke**
**2436 1st Avenue W**
**Seattle, WA 98119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/13/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9116**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,443.10 | $2,443.10 |
|---|---|---|---|---|

**Sebastian Obas**
**741 Morosgo Drive Northeast**
**1525**
**Atlanta, GA 30324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3173**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $449.00 | $449.00 |
|---|---|---|---|---|

**Sevan Yeganians**
**9448 Creemore Drive**
**Tujunga, CA 91042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/1/2022**

Basis for the claim:
**Customer Orders**

Last 4 digits of account number **2388**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Parker Gwen LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,443.30 | $1,443.30 |
|---|---|---|---|---|

**Shadi Farhadi**
**27 Calle Careyes**
**San Clemente, CA 92673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/3/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2926**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Shalayn Miller**
**14778 Cottonwood Drive**
**Edmond, OK 73025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2598**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Shannon Wolfe**
**111 Lake Ridge Drive**
**Enterprise, AL 36330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1822**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $806.55 | $806.55 |
|---|---|---|---|---|

**Sharon Penchina**
**50 Russet Ridge Place**
**Sedona, AZ 86336**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/11/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2531**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Parker Gwen LLC**                                      Case number (if known)  _____
                     Name

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 | $179.00 |
|-------|---|---|---|---|

**Shawn O'Brien**
**205 Chickadee Ct.**
**Box Elder, SD 57719**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3139**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.60 | $840.60 |
|-------|---|---|---|---|

**Sheila Cline**
**740 Ivy Glen Court**
**Prosper, TX 75078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3187**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $503.20 | $503.20 |
|-------|---|---|---|---|

**Sheila Hyun**
**1124 W. Panorama Way**
**Los Angeles, CA 90012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/7/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1167**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $854.10 | $854.10 |
|-------|---|---|---|---|

**Shellie Ruth**
**22499 East Eads Circle**
**Aurora, CO 80016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/5/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2440**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Parker Gwen LLC**                                          Case number *(if known)* _____
_____
Name

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $822.80 | $822.80 |
|---|---|---|---|---|

**Sophia Wang**
**5912 Contra Costa Road**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/8/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3010**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |
|---|---|---|---|---|

**Stacy Adams**
**10910 Belmont Boulevard**
**Lorton, VA 22079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/4/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1768**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.15 | $407.15 |
|---|---|---|---|---|

**Stephanie Collier**
**7700 Wooded Acres Trail**
**Mansfield, TX 76063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/29/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2357**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $722.00 | $722.00 |
|---|---|---|---|---|

**Stephanie Letzt**
**8004 Burbank Avenue**
**Fredericksburg, VA 22407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/14/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3125**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Parker Gwen LLC**
_____  Case number *(if known)* _____
Name

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephanie Schepp**
**4635 Hale Ct**
**Ellicott City, MD 21043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **6393**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.328 | Priority creditor's name and mailing address | | **$1,376.10** | **$1,376.10** |
|---|---|---|---|---|

**Stephanie Schmidt**
**4174 Folsom Avenue**
**Saint Louis, MO 63110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/17/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9241**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.329 | Priority creditor's name and mailing address | | **$99.00** | **$99.00** |
|---|---|---|---|---|

**Stephanie Torrado**
**10925 Corte Mejillones**
**San Diego, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/19/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2669**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.330 | Priority creditor's name and mailing address | | **$1,104.00** | **$1,104.00** |
|---|---|---|---|---|

**Steve Hasenfeld**
**1235 Jasam Ct.**
**Toms River, NJ 08755**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3104**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.10 | $719.10 |
|---|---|---|---|---|

**Steve Welker**
**6289 Baumeister Drive**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/11/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0301**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.00 | $552.00 |
|---|---|---|---|---|

**Steven Belflower**
**1824 Marais Street**
**New Orleans, LA 70116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3157**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,698.30 | $1,698.30 |
|---|---|---|---|---|

**Steven Pitts**
**2795 Sun Meadow Drive**
**Twin Falls, ID 83310**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/10/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2518**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.30 | $593.30 |
|---|---|---|---|---|

**Summer Little**
**4474 Outpost Court**
**Roswell, GA 30075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/20/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2149**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Parker Gwen LLC**
　　　　Name

Case number (if known) _____

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,791.50 | $6,791.50 |
|---|---|---|---|---|

**Summit Outdoor Sales**
**2188 Little Valley Road**
**Wallsburg, UT 84082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **9454**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $699.00 | $699.00 |
|---|---|---|---|---|

**SUNY Old Westbury**
**223 Store Hill Road**
**Old Westbury, NY 11568**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/22/2021**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **0522**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,196.00 | $5,196.00 |
|---|---|---|---|---|

**Susanne Bacino**
**7736 Road to Zanzibar**
**San Diego, CA 92127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/17/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2639**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $343.80 | $343.80 |
|---|---|---|---|---|

**Suzanna Karweit**
**3220 74th Avenue Southeast**
**Mercer Island, WA 98040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3167**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Parker Gwen LLC**                                        Case number (if known) _____
                    Name

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,289.60 | $2,289.60 |

**Tanyatta Johnson**
**1021 Draper Road**
**McHenry, IL 60050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
**3/17/2022** | **Customer Order**

Last 4 digits of account number **3185**     Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.00 | $297.00 |

**Taylor Brass**
**9922 Papyrus Rush Court**
**Conroe, TX 77385**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:
**3/11/2022**     **Customer Order**

Last 4 digits of account number **3068**     Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Ted Roussis**
**10307 Wakhaw Manor Drive**
**Waxhaw, NC 28173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:
    **Customer Order**

Last 4 digits of account number **1845**     Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,034.00 | $3,034.00 |

**Teresa Edwards**
**10141 SW 40th Street**
**Davie, FL 33328**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:
**3/3/2022**     **Customer Order**

Last 4 digits of account number **2935**     Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

Debtor    **Parker Gwen LLC**                                                   Case number *(if known)* _____

_____
Name

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,467.40 | $3,467.40 |
|---|---|---|---|---|

**Terri Grendi**
**14053 Triple Crown Court**
**Milton, GA 30004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/26/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2839**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,616.00 | $1,616.00 |
|---|---|---|---|---|

**Terri Woods**
**6225 Hawk Ridge Lane**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3097**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,900.00 | $1,900.00 |
|---|---|---|---|---|

**Tiffanie Rosencranz**
**11121 Fairbanks Ct.**
**Crown Point, IN 46307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/13/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1986**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,718.30 | $2,718.30 |
|---|---|---|---|---|

**Tina Angelova**
**1509 Nottingham Drive**
**Naples, FL 34109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/10/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **2517**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

---

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|--------|---------------------|------------------------|--|
| | Name | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|-------|----------------------------------------------|----------------------------------------------|--------|--------|
| | **Todd Grasty LLC** | Check all that apply. | | |
| | **30 Ironwood Court** | ☐ Contingent | | |
| | **Frankfort, IL 60432** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **9/20/2021** | **Customer Order** | | |
| | Last 4 digits of account number **9388** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $980.00 | $980.00 |
|-------|----------------------------------------------|----------------------------------------------|---------|---------|
| | **Traci Harford** | Check all that apply. | | |
| | **205 Center Street** | ☐ Contingent | | |
| | **Waverly, NY 14892** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/31/2022** | **Customer Order** | | |
| | Last 4 digits of account number **2382** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.10 | $44.10 |
|-------|----------------------------------------------|----------------------------------------------|--------|--------|
| | **Tushar Gupta** | Check all that apply. | | |
| | **1526 Chestnut Street** | ☐ Contingent | | |
| | **San Carlos, CA 94070** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **11/7/2021** | **Customer Order** | | |
| | Last 4 digits of account number **0107** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $876.00 | $876.00 |
|-------|----------------------------------------------|----------------------------------------------|---------|---------|
| | **Tyson Ard** | Check all that apply. | | |
| | **157 La Cresenta Drive** | ☐ Contingent | | |
| | **Camarillo, CA 93010** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **12/24/2021** | **Customer Order** | | |
| | Last 4 digits of account number **1513** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **Parker Gwen LLC**        Case number *(if known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 2.351 | Priority creditor's name and mailing address<br>**Valerie Fishbane**<br>**1259 WestChester Place**<br>**Los Angeles, CA 90019** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$955.80** | **$955.80** |
| | Date or dates debt was incurred<br>**9/11/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **9026**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.352 | Priority creditor's name and mailing address<br>**Veda Vishnampet**<br>**6107 Resuriz Lane**<br>**Sugar Land, TX 77479** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,754.60** | **$1,754.60** |
| | Date or dates debt was incurred<br>**12/9/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **9085**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.353 | Priority creditor's name and mailing address<br>**Whitney Claire Tipps**<br>**430 Highland St**<br>**Houston, TX 77009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,074.00** | **$4,074.00** |
| | Date or dates debt was incurred<br>**9/29/2021** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **9529**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.354 | Priority creditor's name and mailing address<br>**William Kopp**<br>**3939 1st Aveune South**<br>**Minneapolis, MN 55409** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,034.00** | **$1,034.00** |
| | Date or dates debt was incurred<br>**3/13/2022** | Basis for the claim:<br>**Customer Order** | | |
| | Last 4 digits of account number **3108**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Parker Gwen LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 | $20.00 |
|---|---|---|---|---|

**William D. Burbach**
**8550 Morthwest 70th Street**
**Apt. 66269**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Order**

Last 4 digits of account number **1039**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.00 | $179.00 |
|---|---|---|---|---|

**Xianqing Chen**
**2664 E. Embry Ln**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3166**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,452.60 | $1,452.60 |
|---|---|---|---|---|

**Xiaomei Sun**
**1036 Louise Ave**
**Arcadia, CA 91006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3172**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,248.20 | $2,248.20 |
|---|---|---|---|---|

**Zoe Meeran**
**1330 5th Avenue**
**4H**
**New York, NY 10026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3180**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Parker Gwen LLC**                                            Case number *(if known)* _____
_____
Name

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,498.00 | $2,498.00 |

2.359 | Priority creditor's name and mailing address
**Zoe Meeran**
**1330 5th Avenue**
**4H**
**New York, NY 10026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,498.00    $2,498.00

Date or dates debt was incurred
**3/16/2022**

Basis for the claim:
**Customer Order**

Last 4 digits of account number **3179**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $1,047.00 |

**3.1** | Nonpriority creditor's name and mailing address
**Allnet**
**2680 United Lane**
**Elk Grove Village, IL 60007**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,047.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address
**American Express**
**200 Vesey Street**
**New York, NY 10285**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21,000.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address
**Arcbest**
**3801 Old Greenwood Road**
**Fort Smith, AR 72903**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,597.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address
**Attentive Mobile Inc.**
**221 River Street**
**9th Floor**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$337.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address
**Bernhardt Furniture Company**
**12197 Collections Center Dr.**
**Chicago, IL 60693**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,625.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Parker Gwen LLC_____     Case number *(if known)* _____
     Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,072.00 |
|---|---|---|---|

**Boneco North America Corp.**
14724 Ventura Blvd.
Suite 200
Los Angeles, CA 91403

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,079.00 |
|---|---|---|---|

**Cardinal Sales**
7809 Hoover Road
Indianapolis, IN 46260

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**Chase Card Services**
PO Box 15298
Wilmington, DE 19850

Date(s) debt was incurred _

Last 4 digits of account number __0197__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|

**Chase Card Services**
PO Box 15298
Wilmington, DE 19850

Date(s) debt was incurred _

Last 4 digits of account number __2470__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,273.00 |
|---|---|---|---|

**Classic Concepts dba Classic Homes**
4505Bandini Blvd
Los Angeles, CA 90058

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,000.00 |
|---|---|---|---|

**Clearco**
CFT Clear Finance Technology Corp
2810 N. Church St. #68100
Wilmington, DE 19802

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $968.00 |
|---|---|---|---|

**Cleer Audio**
11440 W. Bernardo Court
Suite 274
San Diego, CA 92127

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parker Gwen LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.00 |
|---|---|---|---|

**CPS**
3101 Emmons Avenue
Brooklyn, NY 11235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,977.00 |
|---|---|---|---|

**D&H Distributing Company**
100 Tech Center Drive Southwest
Harrisburg, PA 17112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,032.00 |
|---|---|---|---|

**Deliveright Logistics**
20 Pulaski Street
Bayonne, NJ 07002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,551.00 |
|---|---|---|---|

**Elite Screens**
12282 Knott St.
Garden Grove, CA 92841

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,861.00 |
|---|---|---|---|

**Essentials for Living**
19511 Pauling
Foothill Ranch, CA 92610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,166.00 |
|---|---|---|---|

**Fedex**
3965 Airways
Module G
Memphis, TN 38116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,780.00 |
|---|---|---|---|

**Four Hands**
2090 Woodward St.
Austin, TX 78744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Parker Gwen LLC**
_____   Case number *(if known)* _____

Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Klipsch**
**180 Marcus Blvd.**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,035.00 |
|---|---|---|---|

**Mercana Furniture & Decor**
**280 H Street**
**Blaine, WA 98230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,925.00 |
|---|---|---|---|

**Moes**
**18621 89th Place South**
**Kent, WA 98031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,382.00 |
|---|---|---|---|

**Next Level (Audio America)**
**15132 Park of Commerce Blvd.**
**Jupiter, FL 33478**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,041.00 |
|---|---|---|---|

**Nuevo**
**900 Caledonia Rd**
**Toronto, Canada M6B 3Y3**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $539.00 |
|---|---|---|---|

**O'Rourke**
**3885 Elmore Ave**
**Suite 100**
**Davenport, IA 52807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,544.00 |
|---|---|---|---|

**Priority One**
**1800 E. Roosevelt**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Parker Gwen LLC**                                          Case number *(if known)*
_____                      _____
Name

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$806.00** |
|---|---|---|---|

**R&D Distributors, LLC**
**4700 Barden Ct**
**Kentwood, MI 49518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,320.00** |
|---|---|---|---|

**Resident Home, Inc.**
**Dept LA 25473**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,056.00** |
|---|---|---|---|

**Safavieh**
**Lockbox 10000**
**PO Box 8187**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,249.00** |
|---|---|---|---|

**Serta**
**PO Box 945655**
**Atlanta, GA 30394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,937.00** |
|---|---|---|---|

**Sun Delivery**
**13 Stanley Ave.**
**Thomasville, NC 27360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,128.00** |
|---|---|---|---|

**Surya**
**1 Surya Drive**
**White, GA 30184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$696.00** |
|---|---|---|---|

**UMA**
**Lock Box 3878**
**Columbus, OH 43260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Parker Gwen LLC**                                                            Case number (if known) _____
_____
Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,179.00** |
|---|---|---|---|

**Virtual Supply**
**5825 SW Artic Drive**
**Beaverton, OR 97005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$964.00** |
|---|---|---|---|

**Warp Speed**
**310 North Derby Lane**
**PO Box 578**
**North Sioux City, SD 57049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 417,874.68 |
| 5b. Total claims from Part 2 | 5b. + | $ 547,567.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 965,441.68 |

**Fill in this information to identify the case:**

Debtor name    **Parker Gwen LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Parker Gwen LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Parker Gwen LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other | **$690,000.00** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$5,608,966.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$4,475,169.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Parker Gwen LLC** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **American Express**<br>200 Vesey Street<br>New York, NY 10285 | 1/1/2022,<br>2/1/2022,<br>2/2/202,<br>3/1/2022 | $42,609.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Chase Card Services**<br>PO Box 15298<br>Wilmington, DE 19850 | 1/24/2022,<br>2/24/2022 | $23,226.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card** |
| 3.3. **Chase Card Services**<br>PO Box 15298<br>Wilmington, DE 19850 | 1/3/2022,<br>2/1/2022,<br>3/1/2022 | $116,795.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card** |
| 3.4. **AllNet**<br>2680 United Lane<br>Elk Grove Village, IL 60007 | 1/11/2022,<br>1/14/2022,<br>1/19/2022,<br>1/26/2022,<br>2/1/2022,<br>2/14/2022<br>3/8/2022 | $10,824.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Arcbest**<br>3801 Old Greenwood Road<br>Fort Smith, AR 72903 | 1/19/2022 | $436.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Attentive Mobile, Inc.**<br>221 River Street<br>9th Floor<br>Hoboken, NJ 07030 | 672.18 | $672.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Bernhardt Furniture Company**<br>12197 Collections Center Dr.<br>Chicago, IL 60693 | 1/12/2022,<br>1/19/2022,<br>2/9/2022,<br>2/16/2022,<br>2/23/2022,<br>2/25/2022 | $37,335.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Boneco North America Corp**<br>14724 Ventura Blvd.<br>Suite 200<br>Los Angeles, CA 91403 | 1/13/2022,<br>1/19/2022,<br>1/26/2022,<br>2/16/2022,<br>2/25/2022,3/1<br>/2022 | $4,600.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Parker Gwen LLC** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Cardinal Sales**<br>**7809 Hoover Road**<br>**Indianapolis, IN 46260** | 1/6/2022,<br>1/6/2022,<br>1/12/2022,<br>1/19/2022,<br>1/26/2022,<br>2/9/2022,<br>3/1/2022 | $109,944.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Classic Concepts dba Classic Homes**<br>**4505Bandini Blvd**<br>**Los Angeles, CA 90058** | 1/4/2022,<br>1/12/2022,<br>1/19/2022,<br>1/26/2022,<br>2/23/2022,<br>3/10/2022 | $15,707.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Cleer Audio**<br>**11440 W. Bernardo Court**<br>**Suite 274**<br>**San Diego, CA 92127** | 1/12/2022,<br>1/19/2022,<br>1/26/2022 | $1,598.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Consumer Priority Service**<br>**3101 Emmons Avenue**<br>**Brooklyn, NY 11235** | 1/19/2022,<br>1/26/2022,<br>2/14/2022,<br>2/25/2022 | $570.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **D&H Distributing Company**<br>**100 Tech Center Drive Southwest**<br>**Harrisburg, PA 17112** | 1/4/2022,<br>1/7/2022,<br>1/13/2022,<br>1/19/2022,<br>1/26/2022,<br>2/2/2022,<br>2/23/2022 | $13,107.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Deliveright Logistics**<br>**20 Pulaski Street**<br>**Bayonne, NJ 07002** | 2/1/2022,<br>2/2/2022,<br>2/18/2022,<br>2/25/2022,<br>3/8/2022,<br>3/14/2022 | $76,873.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Elite Screens**<br>**12282 Knott St.**<br>**Garden Grove, CA 92841** | 1/4/2022/1/12<br>/2022/1/27/20<br>22 | $6,210.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Essentials for Living**<br>**19511 Pauling**<br>**Foothill Ranch, CA 92610** | 1/4/2022,<br>1/19/2022,<br>1/27/2022,<br>2/14/2022,<br>2/25/2022,<br>3/10/2022 | $48,944.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Parker Gwen LLC**                                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **Four Hands** 2090 Woodward St. Austin, TX 78744 | 1/4/2022, 1/6/2022, 1/12/2022, 1/14/2022, 1/19/2022, 1/20/2022, 1/27/2022, 2/1/2022, 2/14/2022, 2/16/2022, 2/23/2022, 2/25/2022, 3/1/2022, 3/10/2022 | $225,142.14 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.18. **Kanto Living** 9136 196A Street Langley, BC, CA V1M 3B4 | 1/6/2022, 1/19/2022 | $192.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19. **Kelley Global Brands, LLC** 984 Logan Street Noblesville, IN 46060 | 2/1/2022 | $5,866.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.20. **Klipsch** 180 Marcus Blvd. Hauppauge, NY 11788 | 1/14/2022, 1/19/2022, 1/27/2022, 2/2/2022, 2/14/2022, 2/16/2022, 3/2/2022, 3/15/2022, 3/16/2022 | $101,303.39 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.21. **Mercana Furniture & Decor** 280 H Street Blaine, WA 98230 | 1/6/2022, 1/14/2022, 1/19/2022, 2/2/2022, 2/16/2022, 2/25/2022 | $9,557.94 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.22. **Moe's** 18621 89th Place South Kent, WA 98031 | 1/6/2022, 1/11/2022, 1/14/2022, 1/19/2022, 1/27/2022, 2/2/2022, 2/14/2022, 2/16/2022, 2/23/2022, 2/25/2022, 3/1/2022 | $19,185.60 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Parker Gwen LLC**                                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.23. **Nuevo** **900 Caledonia Rd** **Toronto   60330** | 3/2/2022, 3/10/2022 | $16,830.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. **O'Rourke** **3885 Elmore Ave** **Suite 100** **Davenport, IA 52807** | 1/19/2022, 1/20/2022, 2/23/2022 | $4,606.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **Priority One** **1800 E. Roosevelt** **Dallas, TX 75284** | 1/6/2022, 1/12/2022, 1/16/2022, 1/27/22, 2/1/2022, 2/3/2022, 2/9/2022, 2/14/2022, 2/16/2022, 2/23/2022, 2/25/2022, 3/1/2022,3/10 /2022, 3/16/2022 | $68,852.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. **R&D Distributors, LLC** **4700 Barden Ct** **Kentwood, MI 49518** | 2/2/2022 | $731.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **Resident Home, Inc.** **Dept LA 25473** **Pasadena, CA 91185** | 1/19/2022, 2/2/2022 | $1,555.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **Safavieh** **Lockbox 10000** **PO Box 8187** **Philadelphia, PA 19176** | 1/6/2022, 1/19/2022, 2/9/2022, 2/25/2022, 3/1/2022 | $18,134.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **Serta** **PO Box 945655** **Atlanta, GA 30394** | 2/2/2022 | $973.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Parker Gwen LLC** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.30. **Sun Delivery**<br>13 Stanley Ave.<br>Thomasville, NC 27360 | 1/4/2022,<br>1/6/2022,<br>1/11/2022,<br>1/19/2022,<br>1/26/2022,<br>2/2/2022,<br>2/9/2022 | $6,052.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **Surya**<br>1 Surya Drive<br>White, GA 30184 | 1/6/2022,<br>1/20/2022,<br>2/2/2022,<br>2/14/2022,<br>2/23/2022,<br>2/25/2022,<br>3/1/2022 | $10,710.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **UMA, Enterprises Inc**<br>Lock Box 3878<br>Columbus, OH 43260 | 1/4/2022,<br>1/6/2022,<br>1/20/2022 | $242.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. **Virtual Supply**<br>5825 SW Artic Drive<br>Beaverton, OR 97005 | 1/13/2022,<br>1/19/2022,<br>1/27/2022 | $584.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. **Warp Speed**<br>310 North Derby Lane<br>PO Box 578<br>North Sioux City, SD 57049 | 1/19/2022,<br>2/25/2022 | $3,836.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. **Shopify**<br>150 Elgin Street, 8th Floor | 1/20/2022<br>through<br>3/21/2022 | $108,207.50 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. **Clearco**<br>CFT Clear Finance Technology COrp<br>2810 N. Church St. #68100<br>Wilmington, DE 19802 | 1/3/2022<br>through<br>3/29/2022 | $61,050.96 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. **Pile CPAs**<br>One Indiana Square<br>Suite 1200<br>Indianapolis, IN 46204 | 4/5/2022 | $4,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Parker Gwen LLC**                                    Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.38. | **McNeelyLaw, LLP**<br>**2177 Intelliplex Drive**<br>**Suite 251**<br>**Shelbyville, IN 46176** | 4/5/2022 | $5,959.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Parker Gwen LLC**                                    Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McNeelyLaw, LLP<br>2177 Intelliplex Drive<br>Suite 251<br>Shelbyville, IN 46176** | | **4/5/2022** | **$5,959.00** |

Email or website address
**McNeelyLaw.com**

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Parker Gwen LLC**                                          Case number *(if known)*

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|---------------------------|
|         |                           |

---

**Part 8:**   Health Care Bankruptcies

---

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-------------------------------------------------------------------------------|---------------------------------------------------------------------------|
|                           |                                                                               |                                                                           |

---

**Part 9:**   Personally Identifiable Information

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Names, Email addresses, Shipping addresses, Telephone Numbers**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|--------------------------------|-------------------------------|------------------------------------------------------|-----------------------------------------|
|                                        |                                |                               |                                                      |                                         |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|-----------------------|
|                                         |                                           |                             |                       |

---

Debtor    **Parker Gwen LLC**                                                    Case number *(if known)*

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Kittles Furniture DC**<br>**8600 Roberts Drive**<br>**Fishers, IN 46037** | **Kittles Furniture, only at direction of Parker Gwen** | **Inventory** | ☐ No<br>■ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor    **Parker Gwen LLC**                                          Case number *(if known)*

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **DrewMor LLC** **PO Box 4495** **Carmel, IN 46082** | **January 1, 2020 to** **Present** |
| 26a.2.  **Pile CPAs** **211 N. Pennsylvania Street** **Indianapolis, IN 46204** | **January 1, 2020 to** **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **DrewMor LLC** **PO Box 4495** **Carmel, IN 46082** | **January 2020 to** **Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Pile CPAs** **211 N. Pennsylvania Street** **Indianapolis, IN 46204** | **January 2020 to** **Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **DrewMor LLC** **PO Box 4495** **Carmel, IN 46082** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Clearco CFT Clear Finance Technology Cor** **2810 North Church Street** **#68100** **Wilmington, DE 19802** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Parker Gwen LLC**                                    Case number *(if known)*

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Matthew Phillips | 2/28/2022 | $64,963.99 Cost |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Matthew Phillips<br>11136 Clarkston Rd.<br>Zionsville, IN 46077 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Phillips | 11136 Clarkston Road<br>Zionsville, IN 46077 | | 70 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tiffanie Rosencranz | 11121 Fairbanks Court<br>Crown Point, IN 46307 | | 30 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Matthew Phillips<br>11136 Clarkston Road<br>Zionsville, IN 46077 | 50,500.00 | 2021 | Annual Salary |
| | Relationship to debtor<br>Managing Member | | | |
| 30.2. | Tiffanie Rosencranz<br>11121 Fairbanks Ct.<br>Crown Point, IN 46307 | 50,500.00 | 2021 | Annual Salary |
| | Relationship to debtor<br>Member | | | |

Debtor    **Parker Gwen LLC**                                    Case number *(if known)*

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **PG37 Holdings, Inc.** | **EIN:    84-2779750** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
|  |  |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  8, 2022**

**/s/ Matthew Phillips**                                    **Matthew Phillips**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Parker Gwen LLC**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                   $             **0.00**

   Prior to the filing of this statement I have received                         $             **0.00**

   Balance Due                                                                     $             **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  8, 2022**

*Date*

/s/ **Jason D. Clark**

**Jason D. Clark**
*Signature of Attorney*
**McNeelyLaw LLP**
**2177 Intelliplex Drive**
**Suite 251**
**Shelbyville, IN 46176**
**317-825-5110  Fax: 317-8255109**
**JClark@mcneelylaw.com**
*Name of law firm*

---

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: | ) Case No. _____ |
| **Parker Gwen LLC** | ) |
| | ) ☐ Check if this form is submitted with an amended creditor |
| _____ | ) list. |
| Debtor(s). | ) |

### VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:  __**April  8, 2022**_____          __/s/ Matthew Phillips_____
                                                                                    **Matthew Phillips**
                                                                                    Signature of Debtor

                                                                                    _____
                                                                                    Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

AAKASH JAIN
1400 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94115


ADAM KAYCE
10940 WINDWARD STREET
PARKLAND, FL 33076


ADETORO ADEGBOLA
1192 EAST 93RD STREET
BROOKLYN, NY 11236


ALEX MONTALVO
988 S MUIRFIELD
LOS ANGELES, CA 90019


ALFONSO LOPEZ
528 SHOREINE STREET
PLANO, TX 75075


ALINA STRICKER
715 NORTH DEERFIELD CT.
ANDOVER, KS 67002


ALISA PEARSON
150 LAKESIDE DRIVE SE
GRAND RAPIDS, MI 49506

ALLISON BROWN
8200 CABORA DR.
PLAYA DEL REY, CA 90293


ALLNET
2680 UNITED LANE
ELK GROVE VILLAGE, IL 60007


ALLOSIN SOLLEY
610 NORTH COLUMBUS STREET
ALEXANDRIA, VA 22314


ALYSON TESAR
296 LAGOON DRIVE
NORTHFIELD, IL 60093


ALYSSA LIND
220 WEST OLYMPIC PLACE
UNIT 203
SEATTLE, WA 98119


ALYSSA RAMONA
2546 MANDRAKE LANE
EL DORADO HILLS, CA 95762


AMANDA BLAYNEY
6970 SANDPIPER PLACE
CARLSBAD, CA 92009

AMANDA HUBLER
4312 E 51ST STREET
TULSA, OK 74135


AMANDA OGG
1505 LEXINGTON DRIVE
DRESHER, PA 19025


AMBER CHOVANIC
655 BIG BEND TRAIL
SUGAR HILL, GA 30518


AMERICAN EXPRESS
200 VESEY STREET
NEW YORK, NY 10285


AMIE FLYNN
426 NC HIGHWAY 54 WEST
CHAPEL HILL, NC 27516


AMINATU TIJANI
4020 MINNESOTA AVENUE NORTHEAST
APT 219
WASHINGTON, DC 20019


AMINEH ABOUSHI
235 LAKEVIEW AVENUE
CLIFTON, NJ 07011

AMY BLOOMER
15347 SE HAWTHORNE MEADOWS STREET
PORTLAND, OR 97232


AMY DALDRY
1335 CHURCH STREET
UNIT B2
DECATUR, GA 30030


AMY ROLLER
1414 VICTORIAN WAY
EUGENE, OR 97401


ANA M. RAMOS
9831 NW 58TH STREET
UNIT 131
DORAL, FL 33178


ANDREA KADLEC
1478 HIDDEN SPRINGS CV
OVIEDO, FL 32765


ANDREE DESMARAIS
24 LOWELL ROAD
CONCORD, MA 01742


ANDREW RICE
4526 BKUEBELL TR. S.
MEDINA, MN 55340

ANGEL HAIR
1602 PALMER PARK LANE
SOUTH JORDAN, UT 84095


ANGELA SORRELL
805 PLUM STREET SOUTHWEST
VIENNA, VA 22180


ANGELLA LEE
14003 B FRANKLIN FOX DRIVW
CENTREVILLE, VA 20121


ANN WESNER
10421 SOLARO STREET
FORT MYERS, FL 33913


ANNA KATSELAS
520 ^TH STREET SOUTHEAST
WASHINGTON, DC 20003


ANTONIO AMBARUS
5665 BRIDLETON CROSSING
SUWANEE, GA 30024


ARCBEST
3801 OLD GREENWOOD ROAD
FORT SMITH, AR 72903

ARIEL STEPHENSON
12040 NW TUALATIN AVE
PORTLAND, OR 97229


ARIELLE SHARE
16032 WEST MIAMI WAY
LOS ANGELES, CA 90272


ASHLEY COLLINS
11005 OCTAVE DRIVE
3310
ZIONSVILLE, IN 46077


ASHLEY MITCHELL
5213 MOUNTAINCREST DRIVE
KNOXVILLE, TN 37918


ASHLEY NENDICK
508 VIA MEDIA
PALOS VERDES ESTATES, CA 90274


ASHLY OEHRL
4414 UNDERWOOD ROAD
BALTIMORE, MD 21218


ATHENA INTERIORS, LLC
908 OAK STREET
ASHLAND, OR 97520

ATTENTIVE MOBILE INC.
221 RIVER STREET
9TH FLOOR
HOBOKEN, NJ 07030


AVA DODD
1619 TEAKWOOD DRIVE
WYLIE, TX 75098


BANE GROVE DESIGN
7408 HIGHTOP STREET
MOORPARK, CA 93021


BARBARA MCINTYRE
7323 OLD POST ROAD
BOULDER, CO 80301


BARI THORNBERRY
9693 DAVIS ROAD
LOVELAND, OH 45140


BEN BEILER
403 SHIRKTOWN ROAD
NARVON, PA 17555


BENJAMIN WATT
2528 BAY STREET
CHARLOTTE, NC 28205

BERNHARDT FURNITURE COMPANY
12197 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


BETH HARBER
560 VALLEY LANE NE
ATLANTA, GA 30328


BETH MALONE
4240 ENGLISH HOLLY CIRCLE
HENRICO, VA 23294


BETH SILVER
7634 TUMBLEDOWN TRAIL
VERONA, WI 53593


BEVERLY OLSEN
187 LAKEVIEW AVENUE
LYNBROOK, NY 11563


BONECO NORTH AMERICA CORP.
14724 VENTURA BLVD.
SUITE 200
LOS ANGELES, CA 91403


BONNIE MARDIGIAN
1740 ALLENS CREEK DRIVE
CLEARWATER, FL 33764

BONNIE SJOQUIST
8999 320TH STREET WAY
CANNON FALLS, MN 55009

BONNY BAVELAS
9771 SILVERSPAR STREET
RENO, NV 89521

BRADLY LABATH
2354 LAUREL RD, E
UNIT 9208
NORTH VENICE, FL 34275

BRANDI CASWELL
1718 THEATER DRIVE
EVANSVILLE, IN 47715

BRANDON WHALEN
8600 ALLISONVILLE ROAD
INDIANAPOLIS, IN 46250

BRIDGET BLAKE
650 EAST GRAVERS LANE
WYNDMOOR, PA 19038

BRITTANY COLLINS
1023 SAND DOLLAR COURT
NORTH MYRTLE BEACH, SC 29582

BROOKE STEVENS
7929 CHAPERRAL DRIVE
DENHAM SPRINGS, LA 70726


BYRN HARARI
19341 BROOKTRAIL LANE
HUNTINGTON BEACH, CA 92648


CARDINAL SALES
7809 HOOVER ROAD
INDIANAPOLIS, IN 46260


CARI ACIE
1481 LYNCHBURG PL
MARIETTA, GA 30062


CARMEN SOARES
10 CAROL STREET
DANBURY, CT 06810


CAROL MACY
149 VISTA DRIVE
SHELBURNE, VT 05482


CAROL WINGFIELD
8439 BRIAR CREEK COVE
GERMANTOWN, TN 38139

CAROLINE GHIOSSI
1219 SEVIER AVE
MENLO PARK, CA 94025


CAROLYN CONNELL
318 WEST CENTRAL AVENUE
EL DORADO, KS 67042


CARRISA VALDEZ
23682 VA-A ASTORGA
MISSION VIEJO, CA 92691


CATHERINE HWANG
2092 LAKEHAVEN PT
LONGWOOD, FL 32779


CECILY COE
20910 WARWICKSHIRE DRIVE
TOMBALL, TX 77375


CESAR TORRES
32 MAUGUS AVENUE
WELLESLEY HILLS, MA 02481


CHASE CARD SERVICES
PO BOX 15298
WILMINGTON, DE 19850

CHASITY MATRINEZ
32410 HWY 75
PLAQUEMINE, LA 70764


CHAUNA BRYANT
1900 HALF SOUTH STREET SOUTHWEST
APT 849
WASHINGTON, DC 20024


CHELSEY KONDRAK
19109 TELEGRAPH SPRINGS ROAD
PURCELLVILLE, VA 20132


CHRIS COLLINS INC.
1010 WILSHIRE BOULEVARD
APT 103
LOS ANGELES, CA 90017


CHRIS JAMES
126 BORDER STREET
408
EAST BOSTON, MA 02128


CHRISTINA CHECEL
17085 EDGEWATER LANE
HUNTINGTON BEACH, CA 92649


CHRISTINA CRUZ INTERIORS
97 HANOVER ROAD
CARLISLE, MA 01741

```
CHRISTINE BAKER
PO BOX 326
PORT EWEN, NY 12466




CHRISTOPHER LO SAPIO
5711 CHESIRE DRIVE
BETHESDA, MD 20814




CLASSIC CONCEPTS DBA CLASSIC HOMES
4505BANDINI BLVD
LOS ANGELES, CA 90058




CLEARCO
CFT CLEAR FINANCE TECHNOLOGY CORP
2810 N. CHURCH ST. #68100
WILMINGTON, DE 19802




CLEER AUDIO
11440 W. BERNARDO COURT
SUITE 274
SAN DIEGO, CA 92127




COLBY TORBETT
753 EDGEFIELD RD.
PINEY FLATS, TN 37686




CORTNEY KAHN
330 OVERHILL RD.
ORINDA, CA 94563
```

```
COURTENEY FISHER
3425 SHOSHONE STREET
DENVER, CO 80211




COURTNEY LONG
2712 W. BAY AVE
TAMPA, FL 33611




CPS
3101 EMMONS AVENUE
BROOKLYN, NY 11235




CREATE SMART SOLUTIONS
21720 HARDY OAK BLVD.
SUITE 100
SAN ANTONIO, TX 78258




D&H DISTRIBUTING COMPANY
100 TECH CENTER DRIVE SOUTHWEST
HARRISBURG, PA 17112




DAN SOLLEY
610 NORTH COLUMBUS STREET
ALEXANDRIA, VA 22314




DANA COOLEY
25 OLD STONE POST RD.
OLD LYME, CT 06371
```

DANA HODGE
1228 BRIGHT HTS W
HERNANDO, MS 38632


DARRELL C FERGUSON
36 CHALMERS STREET
CHARLESTON, SC 29401


DAVID CHAPMAN
2329 NORTHWEST 172ND STREET
EDMOND, OK 73012


DAVID ESPINOSA
4183 BUNKER HILL ROAD
APT 7414
SACHSE, TX 75048


DAVID MARTIN
31 ROBINSON DRIVE
GREENDALE, IN 47025


DAVID MCDOUGLE
5476 NW 44TH WAY
COCONUT CREEK, FL 33073


DAVID MOORA
9333 MAINSAIL DRIVE
BURKE, VA 22015

DEBBIE NUNES
1549 COPPERWOOD CIRCLE EAST
CARMEL, IN 46033


DEBORAH LEBOULCH
2014 MERLIN CT.
NAPLES, FL 34105


DEBORAH WORCESTER
1 MARINER'S WAY
UNIT 204
PLYMOUTH, MA 02360


DELIVERIGHT LOGISTICS
20 PULASKI STREET
BAYONNE, NJ 07002


DELORES SCOLLAN
145 HANDSOME AVENUE
SAYVILLE, NY 11782


DENISE DEVENIE
5540 N. WILLIAMSON VALEY ROAD
PRESCOTT, AZ 86305


DENNIS NOLAN
1360 DARWIN DRIVE
OCEANSIDE, CA 92056

DEREK WALLACE
591 WHITTIER HIGHWAY
CENTER SANDWICH, NH 03227


DIANE FREEMAN STEINBERG
1085 HORNS CORNERS ROAD
CEDARBURG, WI 53012


DONNA REEVES
4822 AN COUNTY ROAD 2101
PALESTINE, TX 75801


DORIAN MILLER
26733 MARTINIQUE DRIVE
ORANGE BEACH, AL 36561


DOUG GREGOR
7059 W 110TH ST CIRCLE
BLOOMINGTON, MN 55438


EDWARD PLANTE
460 SEAFORTH LANDING DRIVE
PITTSBORO, NC 27312


ELIAS HANTULA
492 WOOD RIDGE AVE.
WOOD RIDGE, NJ 07075

ELISABETH GILBERG
45 GROVE ROAD
BEDFORD, NY 10506


ELISE EPLAN
1737 INVERNESS AVE NE
ATLANTA, GA 30306


ELISSA AYADI
244 HIGH MEADOW STREET
SIMI VALLEY, CA 93065


ELITE SCREENS
12282 KNOTT ST.
GARDEN GROVE, CA 92841


ELIZABETH BLEVINS
394 MCWENNEGER DRIVE
KALISPELL, MT 59901


ELLIE STARICKA
1153 HUBBARD AVENUE
SAINT PAUL, MN 55104


EMILY PODEWILS
8123 BRIDGE ROAD
CEDARBURG, WI 53012

ERIC AMLING
186 KATRINE LANE
LAKE KATRINE, NY 12449


ERIC CRITCHLOW
220 ARABICA ROAD
WALLA WALLA, WA 99362


ESSENTIALS FOR LIVING
19511 PAULING
FOOTHILL RANCH, CA 92610


EVAN JONES
1684 NORTH MADISON AVENUE
PASADENA, CA 91104


EWA KRZYNOWEK
2 KRISTIN LANE
PLAINVILLE, CT 06062


FEDEX
3965 AIRWAYS
MODULE G
MEMPHIS, TN 38116


FOUR HANDS
2090 WOODWARD ST.
AUSTIN, TX 78744

GARDINER TURNER
3542 19TH STREET
BOULDER, CO 80304


GARY B GARMAN
2625 TOWNSGATE ROAD
SUITE 100
WESTLAKE VILLAGE, CA 91361


GAUTAM ARORA
6011 WESTERN AVENUE
WHITTIER, CA 90601


GAYLE DONNER
4643 TAM OSHANTER DR
WESTLAKE VILLAGE, CA 91362


GAYLE MORGAN ARMYTAGE
103 ALEXANDER AVENUE
SNOWMASS, CO 81654


GIUDICELLI
1 BEECHWOOD CIRCLE
HINGHAM, MA 02043


GRAYSON TUNG
11 LENOX AVE
MILLTOWN, NJ 08850

GREG PATTERSON
5238 WYNTERHALL WAY
DUNWOODY, GA 30338


GROUNDWORKS
16721 CAPERI
PFLUGERVILLE, TX 78660


HASAN AMAN
600 ADMIRAL BLVD
APT 701
KANSAS CITY, MO 64106


HATCH PURCHASING CORPORATION
2908 25TH AVENUE WEST
SEATTLE, WA 98199


HAVENS EDGE
6672 FLOYD HWY N
CHECK, VA 24072


HELEN KANG
15650 VANDENDORF PLACE
ENCINO, CA 91436


HOLLY CREEL
3120 SUMMER HILL CIRCLE
NACOGDOCHES, TX 75965

HOLLY GRIPE
6081 HASKINS COURT
PRESCOTT VALLEY, AZ 86314


IMAGINE PHOTOGRAPHY
1919 SKYFALL TERRACE
KINGMAN, AZ 86401


IRMA JOHNSTON
28718 CASEN RANCH LANE
FULSHEAR, TX 77441


IVAN LEMEZA
PO BOX 2541
MISSOULA, MT 59806


JACQUELINE PURCELL
162 VINCENT STREET
CHAGRIN FALLS, OH 44022


JAMES BENVENUTO
100 W. HIGHLAND AVENUE
LANGHORNE, PA 19047


JAMES HUNTINGTON
2997 W. CAMDEN BROOK WAY
RIVERTON, UT 84065

JAMES PAWELSKI
5402 N. MAGNOLIA AVENUE
UNIT 308
CHICAGO, IL 60640


JANELLE DAVIES
2418 HOLLY LANE
NEWPORT BEACH, CA 92663


JANELLE TUCKER
898 BRIAR DRIVE
DELAWARE, OH 43015


JANET WILSON
436 SILVER SPUR DRIVE
FALLON, NV 89406


JANIE REARDON
16 HOWLAND ROAD
BERKLEY, MA 02779


JEANNA FORD
3038 W. NAPOLEON AVENUE
UNIT 4
TAMPA, FL 33611


JEFF FORTE
77 BLAKEMAN ROAD
THOMASTON, CT 06787

JEFFREY FIER
18079 COASTLINE DRIVE
APT. 10
MALIBU, CA 90265


JEN HOKE
119 HILLANDALE ROAD
WESTPORT, CT 06880


JENELL WOODS
2986 SOUTH PARKER COURT
AURORA, CO 80014


JENN O'BRIEN
803 HAYDEN COURT
BEL AIR, MD 21014


JENNIFER COLBERT MILES
1520 SOUTH E STREET
SUITE C
SAN BERNARDINO, CA 92408


JENNIFER NORMAN
4 WALKER WAY
STAFFORD, VA 22554


JENNIFER WILSBACHER
14130 LAKE SHORE DRIVE
CLIVE, IA 50325

JENNY MOON SHAW
60 TUBEROSE STREET
LADERA RANCH, CA 92694

JERRY FLEMING
35 LITTLE WOODS LANE
OLD FORT, NC 28762

JESSICA BENTON
34 ACORN RIDGE
RANCHO SANTA MARGARITA, CA 92688

JILLIAN WILSON
9164 GREEN TREE DRIVE
SALADO, TX 76571

JOANIE FUSON
7311 OAKLAND HILLS COURT
INDIANAPOLIS, IN 46236

JOE ARNOLD
5012 AVENUE H
AUSTIN, TX 78751

JOE BOTT
1147 DRY POWDER CIRCLE
MECHANICSBURG, PA 17050-2000

JOEL SCHULTZ
122840 BLACKBERRY ROAD
EDGAR, WI 54426


JOHN MCGONEGLE
101 PRAIRIE HILL LANE
IOWA CITY, IA 52246


JONATHAN LYNN
1500 CRANBROOK STREET
CAMARILLO, CA 93010


JORDAN GALLUP
1908 SPRINGBROOK RD
FERNANDINA BEACH, FL 32034


JORDANA SAGER
3632 N. HAMILTON AVENUE
CHICAGO, IL 60618


JOSEPH FIORE
4424 UTSEY DRIVE
MYRTLE BEACH, SC 29579


JOSEPH MANCUSO
115 W. SPRUCE STREET
ORLANDO, FL 32804

JOY MEYER
20271 CALICE COURT
UNIT 2304
ESTERO, FL 33928


JUANITA CAMP
4304 CHIMNEY ROCK COURT
COLLEYVILLE, TX 76034


JULIA PROVOST
6730 N. CRANTINI PL
MERIDIAN, ID 83646


JULIE BENLOLO
6307 GREBE COURT
LAKE WORTH, FL 33463


JULIE MATTHIESSEN
2001 ROXBURY DRIVE
WEST LINN, OR 97068


K & J WOODWORKS
4112 TRAVIS COUNTRY CIRCLE
AUSTIN, TX 78640


KAISER PERMANENTE
5737 S. QUINTERO CIRCLE
CENTENNIAL, CO 80015

KARA KINNEY
13421 WEST SHORE ROAD
NINE MILE FALLS, WA 99026


KARI WINKLER
632 FAIRMONT STREET
GREENSBURG, PA 15601


KARLA BELMONT
3355 SHEPARD AVENUE
MILLERSPORT, OH 43046


KATERIE CHAPMAN
4214 218 AVE E
LAKE TAPPS, WA 98391


KATHERINE DORSEY
13848 SE DIAMOND RIDGE RD
HAPPY VALLEY, OR 97086


KATHLEEN FREDRICH
16 TORRINGTON LANE
BLUFFTON, SC 29910


KATHRYN BOLTON
1006 ARLINGTON DRIVE
IOWA CITY, IA 52245

KATHY MASTANTUONO
115 WALNUT STREET
NORTHVILLE, MI 48167


KELLY ACEITUNO
1068 SEWARD AVENUE
WESTFIELD, NJ 07090


KELLY MALONEY
4344 NORTH LEAVITT STREET
CHICAGO, IL 60618


KELLY MALONEY
115 DUNROVIN DRIVE
BARRINGTON, IL 60010


KELSEY GLENNON
3513 ELLEN DR.
ORLANDO, FL 32806


KENSEY PARRY
917 OCHO RIOS DR.
DANVILLE, CA 94526


KERRI MCSHEA
824 SAN DIEGO ROAD
BERKELEY, CA 94707

KEVIN PACK
3915 HIGHWAY 43 N
ETHRIDGE, TN 38456

KEVIN RICE
147 SEARIDGE COURT
PISMO BEACH, CA 93449

KIET HUYNH
1706 CREEK DRIVE
HOUSTON, TX 77055

KIM GORDON DESIGNS
1123 MONTANA AVENUE
SANTA MONICA, CA 90402

KIM JOHNSON
1600 MARSHALL STREET
HOUSTON, TX 77006

KIMBERLY JONES
3053 W. 118TH TERR.
LEAWOOD, KS 66211

KIMBERLY WELTER
1101 EXCALIBUR BLVD
LEWISVILLE, TX 75056

KJERSTE DINGLE
8757 JONES AVE NW
SEATTLE, WA 98117


KLIPSCH
180 MARCUS BLVD.
HAUPPAUGE, NY 11788


KRISTEN ATWOOD
591 BRIDGE STREET
DEDHAM, MA 02026


KRISTIN DAY
9780 GLENMAR PKWY
FINDLAY, OH 45840


KRISTINE VITELLI
2 STEPHEN COURT
RARITAN TOWNSHIP, NJ 08551


KRISTY PATALANO
305 W. 98TH STREET
7CS
NEW YORK, NY 10025


KYRA OSBORNE
1282 W. 65TH STREET
CLEVELAND, OH 44102

LAKESIDE LODGE
PO BOX 598
PINEDALE, WY 82941


LAURA BERTAGNOLLI
8303 MEADOW LANE
SAINT JOHN, IN 46373


LAURA HYDE
1659 N. CLAREMONT AVENUE
CHICAGO, IL 60647


LAURA JONES
8220 N LAKEVIEW COURT
PARKVILLE, MO 64152


LAURI ROSSI
30 MEADOW LANE
PENNINGTON, NJ 08534


LEAH PUGH
92 W. CALIFORNIA AVE
COLUMBUS, OH 43202


LEAH STOLZOFF
5417 S DEL RANCHO
MESA, AZ 85212

LEANNE MINER
3537 EAST SAGE BRUSH STREET
GILBERT, AZ 85296


LEANNE MINER
3537 EAST SAGEBRUSH STREET
GILBERT, AZ 85296


LEE LUO
3810 MOSSY WAY COURT
FORT MYERS, FL 33905


LENKA ECKERT
455 CLEVELAND DR.
SARASOTA, FL 34236


LEONARDO FERNANDEZ
9571 W 32ND LANE
HIALEAH, FL 33018


LEXI INTERIORS
614 HANNAH PARK LN
SAINT AUGUSTINE, FL 32095


LINDA FORGIONE
93 OAK STREET
DEER PARK, NY 11729

LINDA KEALA
7825 ST. HELENA HWY.
OAKVILLE, CA 94562


LINDSAY SCHOENEBORN
16935 STRAWBERRY DRIVE
LOS ANGELES, CA 91436


LINDSEY HAGENS
2608 THORNBIRD PL
BOULDER, CO 80304


LINDSEY LANG
5313 SERENE HILLS DRIVE
UNIT 4205
LAKEWAY, TX 78738


LINDSEY PROCTOR
3712 LEWIS LANE
AMARILLO, TX 79109


LISA BURROUGHS
3234 WASATCH ROAD
PLACERVILLE, CA 95667


LISA LESCHINSKY
159 CALLE OJO FELIZ
UNIT T
SANTA FE, NM 87505

LISA RODOLITZ
100 POST ROAD
OLD WESTBURY, NY 11568


LIVING LIFE COMPLETE PROFESSIONAL COACHI
2827 LIVSEY DRIVE
TUCKER, GA 30084


LOUIS TZAMALAS
9273 SOUTHWEST 8TH STREET
APT 209
BOCA RATON, FL 33428


LYNDA HAINES
22003 FRONT BEACH ROAD
PANAMA CITY BEACH, FL 32413


LYNDA JAMES
805 SW 10TH STREET
FORT LAUDERDALE, FL 33315


MANISH RAI
1507 WISPERING WOODS CIRCLE
ALLENTOWN, PA 18106


MARCIA SCHLECHTER
11903 HEDGESTONE COURT
NAPLES, FL 34120

MARCILLE BORDELON
24879 PLATINUM LANE
WILDER, ID 83676


MARGARET TARATINO
7440 DOVER LANE
PARMA, OH 44130


MARIA CHAN
25 STURBRIDGE DRIVE
SADDLE RIVER, NJ 07458


MARIA KARESTO
117 WANING WAY
CHARLESTON, SC 29492


MARIA ROTELLINI
411 SOUTH ADAMS ROAD
BIRMINGHAM, MI 48009


MARIE SCHROEDER
20965
CORRAL ROAD
OMAHA, NE 68022


MARISSA HAWLEY
7959
RICHARDSON ROAD
WEST BLOOMFIELD, MI 48323

MARK LARMONY
5426 CLEARVIEW DRIVE
NORTH CHARLESTON, SC 29420


MARK PAPPA
147 GARFIELD
WEST HARTFORD, CT 06107


MARKUS IMHOF
337 BLUE BIRD CANYON DRIVE
LAGUNA BEACH, CA 92651


MARLA C. MARTIN
1047 JAINE LANE
CHESTER SPRINGS, PA 19425


MARY BAUER
620 SOUTH COUNTY LINE ROAD
HINSDALE, IL 60521


MARY HIGHT
212 W. IRONWOOD DRIVE
D132
COEUR D ALENE, ID 83814


MARY HURLEY
66 WENDELL PARK
MILTON, MA 02186

MARY LINDEMAN
2905NORTH TALMAN AVENUE
CHICAGO, IL 60618


MAT BROWN
3057 N 2575 W
FARR WEST, UT 84404


MATT COLLINS
12960 THORNHILL DRIVE
SAINT LOUIS, MO 63131


MATTHEW PHILLIPS
11136 CLARKSTON ROAD
ZIONSVILLE, IN 46077


MCCAELA DAFFERN
120 C 17TH AVE E
SEATTLE, WA 98112


MEGAN PODZOROV
104 RIVA RIDGE
HENDERSONVILLE, TN 37075


MEGAN SPEECE
211 HOLSTEIN DRIVE
COLLEGEVILLE, PA 19426

MELISSA TEVESCHWAB
3214 ALDWYCHE DR.
AUSTIN, TX 78704


MERCANA FURNITURE & DECOR
280 H STREET
BLAINE, WA 98230


MICHAEL BOWYER
7007 COPPER SKY COURT
UPPER MARLBORO, MD 20772


MICHAELS OF DENVER
6385 WEST 52ND AVENUE
3A
ARVADA, CO 80002


MICHELLE LEONARD
21040 PACIFIC ITY CIRCLE
UNIT 4403
HUNTINGTON BEACH, CA 92648


MICHELLE RUEHLE
512 STEWART LANE
MANSFIELD, OH 44907


MICHELLE SMITH
2119 W. 10TH STREET
LITTLE ROCK, AR 72202

MICHELLE WELLS
811 BEAUMONT DRIVE
UNIT 101
NAPERVILLE, IL 60540


MIKE MARTINEZ
6512 ONYX COURT NORTHWEST
ALBUQUERQUE, NM 87120


MOES
18621 89TH PLACE SOUTH
KENT, WA 98031


MORGAN CRAFT
6618 DANVILLE AVE.
SAN DIEGO, CA 92120


MORGAN LONG
513 H AVENUE
CORONADO, CA 92118


NADIA CHOUDHRY
1280 RIMROCK DRIVE
LUCAS, TX 75002


NANCI KOSTER
3700 PEACHTREE CIRCLE
MANHATTAN, KS 66503

NATASHA YARUSHKINA
250 HALL DRIVE
ORINDA, CA 94563


NATHAN THAN
14073 KAHLA DRIVE
BELLEVILLE, MI 48111


NEIL LAUER
2910 GLENBRIAR DRIVE
SAINT CHARLES, IL 60174


NEXT LEVEL (AUDIO AMERICA)
15132 PARK OF COMMERCE BLVD.
JUPITER, FL 33478


NICHOLAS GIL
79 POTOMAC AVENUE SOUTHEAST
802
WASHINGTON, DC 20003


NICHOLAS VANCE
226 MERRIAM STREET
WESTON, MA 02493


NICOLE PHILLIPS
3029 SOUTHEAST 14TH STREET
NORTH BEND, WA 98045

NISHA ASNANI
202 14TH STREET
SANTA MONICA, CA 90402

NUEVO
900 CALEDONIA RD
TORONTO, CANADA M6B 3Y3

NUHA EL-QUESNY
3887 FAIRFAX RIDGE RD.
237
FAIRFAX, VA 22030

O'ROURKE
3885 ELMORE AVE
SUITE 100
DAVENPORT, IA 52807

OLIVER MCGARROW
5579 TIMBERS EDGE DRIVE
SHELBY TOWNSHIP, MI 48316

PAOLA LUNA
7800 HIGHWAY 17
LOT 46
ALABASTER, AL 35114

PAUL DALY
945 HERR DRIVE
NEW LENOX, IL 60451

PAULA AHLSTONE
1151 KINGSTON LANE
VENTURA, CA 93001


PAULA KIMBLE
153 DAFFODIL LN
FRAZIERS BOTTOM, WV 25082


PAYPAL
2211 N 1ST STREET
SAN JOSE, CA 95131


PLANT CITY PROVIDENCE, LLC
334 WATER STREET
PROVIDENCE, RI 02903


PRICILLA GREEN
42 HOLLOW ROAD
CATAWISSA, PA 17820


PRIORITY ONE
1800 E. ROOSEVELT
DALLAS, TX 75284


PRODUCTIVE LABEL
25051 ANZA DRIVE
VALENCIA, CA 91355

QUINN ROWLAND
1375 MASONIC AVE.
SAN FRANCISCO, CA 94117


R&D DISTRIBUTORS, LLC
4700 BARDEN CT
KENTWOOD, MI 49518


RACHEL KERSAINT
9027 CLEAR STREAM LANE
UPPER MARLBORO, MD 20772


RACHEL SIMONE, INC.
45 BOND STREET
4TH FLOOR
NEW YORK, NY 10012


RAYMOND BRAY
11199 MOHAWK STREET
BOCA RATON, FL 33428


REENA PASRICHA
11271 INDEPENDENCE WAY
ELLICOTT CITY, MD 21042


RENEE MELCHIODE
1919 STATE STREET
NEW ORLEANS, LA 70118

RENEE NICHOLAS
827 LACELEAF STREET
LAS VEGAS, NV 89138

RESIDENT HOME, INC.
DEPT LA 25473
PASADENA, CA 91185

RICHARD CASELLA
820 STAFFORD AVENUE
48
BRISTOL, CT 06010

RICHARD SULLENGER
267 WEST PERKINS STREET
SAN TAN VALLEY, AZ 85143

RITI KANTHAN
151 MONTROSE ROAD
COLTS NECK, NJ 07722

ROBERT V MORO II
4700 SPRINGTREE COURT
VIRGINIA BEACH, VA 23455

ROBIN MALINOWSKI
980 NW 4TH AVENUE
DELRAY BEACH, FL 33444

RON GODSHALK
5280 PASEO PANORAMA
YORBA LINDA, CA 92887


RORY WALL
5423 SILVER CREEK DR
WAXHAW, NC 28173


ROSA ORR
409 E. 48TH STREET
INDIANAPOLIS, IN 46205


ROSE YAHI
16526 MUELLER CIRCLE
PLAINFIELD, IL 60586


RYAN BERRY
342 SELKIRK DRIVE
CORONA, CA 92881


SABRINA ALLEN
35 UNDERWOOD DRIVE
WEST ORANGE, NJ 07052


SAFAVIEH
LOCKBOX 10000
PO BOX 8187
PHILADELPHIA, PA 19176

SAMANTHA GILBERT
59 SALEM ROAD
POUND RIDGE, NY 10576


SARA SCHWARTZ
12476 GREENE AVENUE
LOS ANGELES, CA 90066


SARAH BEER
604 DURHAM COURT
LAWRENCE, KS 66049


SARAH DICKERSON
5841 FREDRICKSBURG DRIVE
NASHVILLE, TN 37215


SARAH HERMANSON
10315
STONE AVENUE
SEATTLE, WA 98133


SARAH HOWLE
1103 EAST LLOYD STREET
PENSACOLA, FL 32503


SARAH LONGORIA
9691 MEADOWDALE LN
X
PLEASANT PRAIRIE, WI 53158

SARAH PETER
545 BARNESLEY LN
ALPHARETTA, GA 30022


SAYALI SADATKAR
1106 CHRISTIANA MEADOWS
BEAR, DE 19701


SCENIC LIFESTYLE DESIGNS
221 SCENIC GULF DRIVE
UNIT 230
MIRAMAR BEACH, FL 32550


SCOT AVERY
9320 MEADOW RIDGE DRIVE
WEST CHESTER, OH 45241


SCOTT WICKE
2436 1ST AVENUE W
SEATTLE, WA 98119


SEBASTIAN OBAS
741 MOROSGO DRIVE NORTHEAST
1525
ATLANTA, GA 30324


SERTA
PO BOX 945655
ATLANTA, GA 30394

SEVAN YEGANIANS
9448 CREEMORE DRIVE
TUJUNGA, CA 91042


SHADI FARHADI
27 CALLE CAREYES
SAN CLEMENTE, CA 92673


SHALAYN MILLER
14778 COTTONWOOD DRIVE
EDMOND, OK 73025


SHANNON WOLFE
111 LAKE RIDGE DRIVE
ENTERPRISE, AL 36330


SHARON PENCHINA
50 RUSSET RIDGE PLACE
SEDONA, AZ 86336


SHAWN O'BRIEN
205 CHICKADEE CT.
BOX ELDER, SD 57719


SHEILA CLINE
740 IVY GLEN COURT
PROSPER, TX 75078

SHEILA HYUN
1124 W. PANORAMA WAY
LOS ANGELES, CA 90012


SHELLIE RUTH
22499 EAST EADS CIRCLE
AURORA, CO 80016


SHOPIFY
150 ELGIN STREET, 8TH FLOOR
OTTAWA, ONTARIO CANADA, KRLIL4


SOPHIA WANG
5912 CONTRA COSTA ROAD
OAKLAND, CA 94618


STACY ADAMS
10910 BELMONT BOULEVARD
LORTON, VA 22079


STEPHANIE COLLIER
7700 WOODED ACRES TRAIL
MANSFIELD, TX 76063


STEPHANIE LETZT
8004 BURBANK AVENUE
FREDERICKSBURG, VA 22407

STEPHANIE SCHEPP
4635 HALE CT
ELLICOTT CITY, MD 21043


STEPHANIE SCHMIDT
4174 FOLSOM AVENUE
SAINT LOUIS, MO 63110


STEPHANIE TORRADO
10925 CORTE MEJILLONES
SAN DIEGO, CA 92130


STEVE HASENFELD
1235 JASAM CT.
TOMS RIVER, NJ 08755


STEVE WELKER
6289 BAUMEISTER DRIVE
HILLIARD, OH 43026


STEVEN BELFLOWER
1824 MARAIS STREET
NEW ORLEANS, LA 70116


STEVEN PITTS
2795 SUN MEADOW DRIVE
TWIN FALLS, ID 83310

SUMMER LITTLE
4474 OUTPOST COURT
ROSWELL, GA 30075


SUMMIT OUTDOOR SALES
2188 LITTLE VALLEY ROAD
WALLSBURG, UT 84082


SUN DELIVERY
13 STANLEY AVE.
THOMASVILLE, NC 27360


SUNY OLD WESTBURY
223 STORE HILL ROAD
OLD WESTBURY, NY 11568


SURYA
1 SURYA DRIVE
WHITE, GA 30184


SUSANNE BACINO
7736 ROAD TO ZANZIBAR
SAN DIEGO, CA 92127


SUZANNA KARWEIT
3220 74TH AVENUE SOUTHEAST
MERCER ISLAND, WA 98040

TANYATTA JOHNSON
1021 DRAPER ROAD
MCHENRY, IL 60050


TAYLOR BRASS
9922 PAPYRUS RUSH COURT
CONROE, TX 77385


TED ROUSSIS
10307 WAKHAW MANOR DRIVE
WAXHAW, NC 28173


TERESA EDWARDS
10141 SW 40TH STREET
DAVIE, FL 33328


TERRI GRENDI
14053 TRIPLE CROWN COURT
MILTON, GA 30004


TERRI WOODS
6225 HAWK RIDGE LANE
CINCINNATI, OH 45243


TIFFANIE ROSENCRANZ
11121 FAIRBANKS CT.
CROWN POINT, IN 46307

TINA ANGELOVA
1509 NOTTINGHAM DRIVE
NAPLES, FL 34109

TODD GRASTY LLC
30 IRONWOOD COURT
FRANKFORT, IL 60432

TRACI HARFORD
205 CENTER STREET
WAVERLY, NY 14892

TUSHAR GUPTA
1526 CHESTNUT STREET
SAN CARLOS, CA 94070

TYSON ARD
157 LA CRESENTA DRIVE
CAMARILLO, CA 93010

UMA
LOCK BOX 3878
COLUMBUS, OH 43260

VALERIE FISHBANE
1259 WESTCHESTER PLACE
LOS ANGELES, CA 90019

VEDA VISHNAMPET
6107 RESURIZ LANE
SUGAR LAND, TX 77479


VIRTUAL SUPPLY
5825 SW ARTIC DRIVE
BEAVERTON, OR 97005


WARP SPEED
310 NORTH DERBY LANE
PO BOX 578
NORTH SIOUX CITY, SD 57049


WHITNEY CLAIRE TIPPS
430 HIGHLAND ST
HOUSTON, TX 77009


WIILIAM KOPP
3939 1ST AVEUNE SOUTH
MINNEAPOLIS, MN 55409


WILLIAM D. BURBACH
8550 MORTHWEST 70TH STREET
APT. 66269
MIAMI, FL 33166


XIANQING CHEN
2664 E. EMBRY LN
ONTARIO, CA 91762

XIAOMEI SUN
1036 LOUISE AVE
ARCADIA, CA 91006


ZOE MEERAN
1330 5TH AVENUE
4H
NEW YORK, NY 10026

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Parker Gwen LLC** _____    Case No. _____

                               Debtor(s)    Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Parker Gwen LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  8, 2022** _____

Date

**/s/ Jason D. Clark** _____

**Jason D. Clark**

Signature of Attorney or Litigant

Counsel for    **Parker Gwen LLC** _____

**McNeelyLaw LLP**

**2177 Intelliplex Drive**

**Suite 251**

**Shelbyville, IN 46176**

**317-825-5110 Fax:317-8255109**

**JClark@mcneelylaw.com**